**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOMENICO PRATICO    :

   Plaintiff,     :

 v.         :

PHILLIP GIANNOPOULOS  :NO.:  24-cv-_____(____)

   Defendant.    :

## <u>NOTICE OF REMOVAL</u>

  **AND NOW**, comes the defendant, Phillip Giannopoulos [hereinafter referred to as "Giannopoulos" or "Defendant") for the purpose of filing a notice of removal of this case to the United States District Court for the Eastern District of Pennsylvania, and respectfully avers as follows:

  1.  This is a civil action filed and now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, at Case ID No. January Term, 2024; No.:  01083.

  2.  The action was commenced by Complaint filed on January 9, 2024. *See* Exhibit "A" - Plaintiffs' Complaint, Jan. 9, 2024.

  3.  Service was not effectuated of the Complaint by traditional means, i.e., personal service.

  4.  On March 7, 2024, Plaintiff filed an Amended Complaint.  *See* Exhibit "B" – Amended Complaint, Mar. 7, 2024.

  5.  On April 17 , 2024, following the filing of a Petition for Alternate Service, the Court, per the Honorable James Crumlish permitted alternate service upon defendant via publication.  *See* Exhibit "C" – Order, Apr. 17, 2024.

6.      According to plaintiff, plaintiff effectuated service of the Complaint via publication and pursuant to Court Order on April 25, 2024.  *See* Exhibit "D" – Affidavit(s) of Service.

7.      The averments made herein are true and correct with respect to the date on which the Complaint was filed, served and the date upon which this notice is being filed.

8.      This suit is of a civil nature alleging state law common law claims of defamation and fraud and involves a controversy between citizens of different States.

9.      According to plaintiff's State Court Complaint and Amended Complaint, plaintiff "resides at 1907 Mount Vernon Street, Philadelphia, PA 19130."  *See* Exhibit "A" - Complaint, at ¶ 1; *See* Exhibit "B" – Amended Complaint, at ¶ 1.

10.     At the time of filing of plaintiff's Complaint, on January 9, 2024, Defendant was a citizen and resident of the State of New Jersey.  *See* Exhibit "E" – Declaration of Defendant, May 23, 2024.

11.     In the original complaint, defendant was identified as residing in Philadelphia County.  *See* Exhibit "A" – Complaint, at ¶ 2.

12.     Contrary to the allegation in plaintiff's complaint, defendant does not reside at 1241 Saint Vincent Street, Philadelphia, PA.  *See* Exhibit "E" – Declaration of Defendant, May 23, 2024.

13.     The address of 1241 St. Vincent Street, Philadelphia, Pennsylvania is defendant's parents' address.  *See* Exhibit "E" – Declaration of Defendant, May 23, 2024, at ¶¶ 4-5.

14.     In the Amended Complaint, Defendant is noted as having a Woodside, Queens County, New York address. *See* Exhibit "B" – Amended Complaint, at ¶ 2.

15.     Defendant is a citizen and resident of the State of New Jersey where he resides with his wife, at 34 Cranberry Court, Marlton, New Jersey 08053.  *See* Exhibit "E" – Declaration of Defendant, May 23, 2024, at ¶ 6, ¶ 9.

16.     Defendant does not have any intention to return to the State of New Jersey.  *Id.* at ¶ 9, ¶ 18.

17.     Defendant has executed a Declaration which indicates that he is a citizen and resident of the State of New Jersey and does not have any intention to return to the Commonwealth of Pennsylvania.  *Id.*

18.     Defendant has, with the filing of this notice, given written notice to plaintiff's counsel.

19.     Defendant is also filing a copy of the notice of removal and all attachments thereto with the Prothonotary of the Court of Common Pleas of Philadelphia County.  *See* Exhibit "F" – State Court Filing.

20.     Defendant seeks to remove this matter to the United States District Court for the Eastern District of Pennsylvania based upon diversity of citizenship as the parties are diverse, i.e., citizens of different states and as the amount in controversy in this matter exceeds $75,000 based on the allegations contained in plaintiffs' Complaint.

21.     In Plaintiff's State Court Complaint, plaintiff seeks an "award be entered in an amount in excess of $50,000.00, plus attorney's fees, costs and interest." *Id.* at A*d Damnum Clause*, Counts I & II.  *See* Exhibit "A" – Plaintiff's Complaint; Exhibit "B" – Plaintiff's Amended Complaint.

22.     Importantly, attorney's fees must also be included in determining the amount in

controversy.  163 F.R.D. 478, 482 (E.D. Pa. 1995). It would not be unreasonable to expect that over the course of an approximate ten-month litigation of this matter attorneys' fees may total $40,000 or more.[1]

23.    Given plaintiffs' stated claims for defamation and fraud, the amount in controversy in this case is in excess of the $75,000 jurisdictional threshold for removal to the federal Court, in accordance with 28 § 1332(a).

24.    There is complete diversity among the plaintiff and defendant in this action.

**WHEREFORE**, Defendant, Phillip Giannopoulos hereby requests removal of this suit to this Honorable Court pursuant to the laws of the United States.

## NOTICE

**PLEASE TAKE NOTICE**, that defendant, Phillip Giannopoulos has filed in this Court a verified Notice for Removal of the State Court action, *Domenico Pratico v. Phillip Giannopoulos*, now pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, Docket No: January Term, 2024; No.: 01083.

**PLEASE TAKE FURTHER NOTICE,** that a certified copy of the Notice of Removal will be filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania.

---

[1] Importantly, while plaintiff seeks attorney's fees on both Counts I & II, plaintiff is alleging purely state law (common law) claims which do not authorize the imposition of attorney's fees absent statutory authority to do so.

**PLEASE BE ADVISED**, that by virtue of 28 U.S.C. §1446(f), the State action is now removed to this Court. The State Court has no further jurisdiction over this action and you should proceed no further in that Court or under its authority.

**LAW OFFICES OF JONATHAN J. SOBEL**

BY:/s/ Jonathan J. Sobel
   /s/JONATHAN J. SOBEL, ESQUIRE
   1500 Walnut Street, Suite 2000
   Philadelphia, PA  19103
   (215) 735-7535
   (215) 735-7539

   *Attorney for Defendant*

**DATED:  May 23, 2024**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOMENICO PRATICO                           :

       Plaintiff,                              :

  v.                                         :

PHILLIP GIANNOPOULOS                 :NO.:  24-cv-_____(____)

       Defendant.                            :

**<u>DEFENDANT'S CERTIFICATION OF FILING OF COPY OF
NOTICE OF REMOVAL WITH STATE COURT</u>**

JONATHAN J. SOBEL, ESQUIRE, being duly sworn according to law, deposes and says that he is the attorney for Defendant, Phillip Giannopoulos, and that he did direct the filing with the Prothonotary of Philadelphia County a copy of the Notice of Removal attached hereto, said filing to be made on May 23, 2024, by electronic filing.

                      **LAW OFFICES OF JONATHAN J. SOBEL**


                      BY:<u>/s/ Jonathan J. Sobel</u>
                         /s/JONATHAN J. SOBEL, ESQUIRE
                         1500 Walnut Street, Suite 2000
                         Philadelphia, PA  19103
                         (215) 735-7535
                         (215) 735-7539

                         *Attorney for Defendant*

Dated: May 23, 2024

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


DOMENICO PRATICO                              :

         Plaintiff,                          :

      v.                                       :

PHILLIP GIANNOPOULOS               :NO.:  24-cv-_____(____)

        Defendant.                       :

**<u>CERTIFICATE OF SERVICE</u>**

     Jonathan J. Sobel, Esquire, after being first duly sworn upon oath, deposes and says that

he is of the law firm of Law Offices of Jonathan J. Sobel,  attorneys for the defendant,

Phillip Giannopoulos and that he did serve this May 23, 2024, the aforementioned Notice to

plaintiffs upon the individual named below by electronic mail to:

     Deborah R. Stambaugh, Esquire
     **WISLER PEARLSTINE, LLP**
     460 Norristown Road, Suite 110
     Blue Bell, PA 19422

            **LAW OFFICES OF JONATHAN J. SOBEL**


            BY<u>:/s/ Jonathan J. Sobel</u>
             /s/JONATHAN J. SOBEL, ESQUIRE
             1500 Walnut Street, Suite 2000
             Philadelphia, PA  19103
             (215) 735-7535
             (215) 735-7539

             *Attorney for Defendant*

**DATED:  May 23, 2024**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOMENICO PRATICO                                :

        Plaintiff,                                :

    v.                                          :

PHILLIP GIANNOPOULOS              :NO.:  24-cv-_____(____)

        Defendant.                                :

<u>**AFFIDAVIT**</u>

    I, Jonathan J. Sobel, Esquire, being duly sworn according to law, do hereby depose and state that I am the attorney for Defendant, Phillip Giannopoulos, the Petitioner in the foregoing Notice of Removal, that I have been duly authorized by the Petitioner to execute this Affidavit, that I am familiar with the facts involved in this matter, and that the allegations set forth in the foregoing Notice of Removal are true and correct to the best of my knowledge, information and belief.

               **LAW OFFICES OF JONATHAN J. SOBEL**

               BY<u>:/s/ Jonathan J. Sobel</u>
                 /s/JONATHAN J. SOBEL, ESQUIRE
                 1500 Walnut Street, Suite 2000
                 Philadelphia, PA  19103
                 (215) 735-7535
                 (215) 735-7539

                 *Attorney for Defendant*

**DATED:  May 23, 2024**

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JANUARY 2024**                    **01083**

E-Filing Number: 2401017886

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| DOMENICO PRATICO | PHILLIP GIANNOPOULOS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1907 MOUNT VERNON STREET<br>PHILADELPHIA PA 19130 | 1241 SAINT VINCENT ST.<br>PHILADELPHIA PA 19111 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☒ Complaint    ☐ Petition Action    ☐ Notice of Appeal<br>☐ Writ of Summons    ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☐ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☒ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

KT - DISPUTE RE: BUSINESS TORT

STATUTORY BASIS FOR CAUSE OF ACTION

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | | IS CASE SUBJECT TO<br>COORDINATION ORDER? |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>JAN **09** 2024<br><br>**C. SMITH** | YES          NO |

### TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: <u>DOMENICO PRATICO</u>

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DEBORAH R. STAMBAUGH | 460 NORRISTOWN ROAD<br>SUITE 110<br>BLUE BELL PA 19422 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (610)825-8400 | none entered | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 325032 | dstambaugh@wispearl.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *DEBORAH STAMBAUGH* | Tuesday, January 09, 2024, 12:32 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

## COMMERCE PROGRAM ADDENDUM
## TO CIVIL COVER SHEET

This case is subject to the Commerce Program because it is not an arbitration matter and it falls within one or more of the following types (check all applicable):

_____ 1. Actions relating to the internal affairs or governance, dissolution or liquidation, rights or obligations between or among owners (shareholders, partners, members), or liability or indemnity of managers (officers, directors, managers, trustees, or members or partners functioning as managers) of business corporations, partnerships, limited partnerships, limited liability companies or partnerships, professional associations, business trusts, joint ventures or other business enterprises, including but not limited to any actions involving interpretation of the rights or obligations under the organic law (e.g., Pa. Business Corporation Law), articles of incorporation, by-laws or agreements governing such enterprises;

_____ 2. Disputes between or among two or more business enterprises relating to transactions, business relationships or contracts between or among the business enterprises. Examples of such transactions, relationships and contracts include:

      _____ a. Uniform Commercial Code transactions;

      _____ b. Purchases or sales of business or the assets of businesses;

      _____ c. Sales of goods or services by or to business enterprises;

      _____ d. Non-consumer bank or brokerage accounts, including loan, deposit cash management and investment accounts;

      _____ e. Surety bonds;

      _____ f. Purchases or sales or leases of, or security interests in, commercial, real or personal property; and

      _____ g. Franchisor/franchisee relationships.

_____ 3. Actions relating to trade secret or non-compete agreements;

__X__ 4. "Business torts," such as claims of unfair competition, or interference with contractual relations or prospective contractual relations;

__X__ 5. Actions relating to intellectual property disputes;

_____ 6. Actions relating to securities, or relating to or arising under the Pennsylvania Securities Act;

_____ 7. Derivative actions and class actions based on claims otherwise falling within these ten types, such as shareholder class actions, but not including consumer class actions, personal injury class actions, and products liability class actions;

_____ 8. Actions relating to corporate trust affairs;

_____ 9. Declaratory judgment actions brought by insurers, and coverage dispute and bad faith claims brought by insureds, where the dispute arises from a business or commercial insurance policy, such as a Comprehensive General Liability policy;

_____ 10. Third-party indemnification claims against insurance companies where the subject insurance policy is a business or commercial policy and where the underlying dispute would otherwise be subject to the Commerce Program, not including claims where the underlying dispute is principally a personal injury claim.

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

*Filed and Attested by the*
*Office of Judicial Records*
*09 JAN 2024 12:32 pm*
*C. SMITH*

DOMENICO PRATICO
1907 Mount Vernon Street
Philadelphia, PA 19130

NO. _____

JURY TRIAL DEMANDED

        Plaintiff,

    v.

PHILLIP GIANNOPOULOS
1241 Saint Vincent St.
Philadelphia, PA 19111

        Defendant.

## NOTICE TO DEFEND

### NOTICE

**You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.**

*You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association**
**Lawyer Referral**
**and Information Service**
**1101 Market St., 11th Floor**
**Philadelphia, Pennsylvania  19107**
**(215) 238-6333**

### AVISO

**Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

*Lleve esta demanda a un abogado immediatamente.  Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio.  Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados**
**De Filadelfia**
**Servicio De Referencia E**
**Informacion Legal**
**1101 Market St., 11th Piso**
**Filadelfia, Pennsylvania  19107**
**(215) 238-6333**

**10-284**

**PHILADELPHIA COUNTY, PENNSYLVANIA**
**COURT OF COMMON PLEAS**

| | |
|---|---|
| **DOMENICO PRATICO** <br> 1907 Mount Vernon Street <br> Philadelphia, PA 19130 <br><br>                **Plaintiff,** <br><br>      **v.** <br><br> **PHILLIP GIANNOPOULOS** <br> 1241 Saint Vincent St. <br> Philadelphia, PA 19111 <br><br>             **Defendant.** | **NO. _____** <br><br> **JURY TRIAL DEMANDED** |

# COMPLAINT

Plaintiff, Domenico Praticò (Dr. Praticò) through his undersigned counsel, complains against Phillip Giannopoulos, (Dr. Giannopoulos) as follows:

This matter involves the falsification of research data by Defendant, and intentional representations by Defendant to induce Plaintiff to rely on such data to Plaintiff's detriment.

## PARTIES

1. Dr. Praticò is an individual who resides at 1907 Mount Vernon Street, Philadelphia, PA 19130.

2. Upon information and belief, Dr. Giannopoulos is an individual who resides at 1241 Saint Vincent St. Philadelphia, PA 19111 in Philadelphia, Pennsylvania.

## VENUE

3. Venue is proper in this Court pursuant to Pennsylvania Rules of Civil Procedure 2179(a)(3) and (4) because the causes of action asserted hereunder arose from transactions and occurrences in Philadelphia County.

FACTS

4.   Dr. Praticò is a tenured Professor of Neural Sciences and the Director of the Alzheimer's

Center at Temple University.

5.   Dr. Praticò's research area is clinical pharmacology with a special focus on the cellular

and molecular aspects of cell oxidative biology and a particular interest in small molecules such

as bioactive oxidized lipids.

6.   Dr. Praticò has authored or participated in authoring over 300 articles, and chapters of

several books.

7.   Dr. Praticò is the principal researcher in the Praticò Lab which is part of the School of

Medicine at Temple University.

8.   Students at Temple University use the Praticò Lab to research diseases of the brain,

including those that affect memory, language, and the ability to learn.

9.   Dr. Praticò served as doctoral advisor to Dr. Giannopoulos during his doctoral program at

Temple University.  Dr. Giannopoulos received his Ph.D. from Temple University in 2015.

10. Dr. Giannopoulos used Dr. Praticò's lab and certain testing equipment that is housed in

the animal facility outside of Dr. Praticò's lab to perform studies that constituted original

research ("the Giannopoulos Data"), which Dr. Giannopoulos used for his doctoral dissertation at

Temple University.

11. At the time Dr. Giannopoulos received his Ph.D., neither Dr. Praticò nor any other person

on his dissertation committee, nor the external reviewer was aware of issues or problems with the

Giannopoulos Data. There were three permanent members of the thesis committee.

12. Springer Nature Academic Publishing, Inc. ("Springer Nature") published two articles (hereinafter "the Articles") in which Dr. Praticò and Dr. Giannopoulos were named as authors:

    a.   Overexpression of 5-lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy. Mol Neurobiol 2018: 55(7):5926-5936;

    b.   Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway. Mol Neurobiol. 2019 Feb; 56(2):1211-1220

13. Dr. Praticò was the primary author of the Articles.

14. The Articles contains Giannopoulos Data.

15. Prior to submitting the articles to Springer Nature, Dr. Praticò spoke to Dr. Giannopoulos about the publications; in 2015, Dr. Giannopoulos had prepared and formatted text and figures for submission of the article to a different journal, which ended up not publishing the material. *See* **Exhibits A and B**.

16. Dr. Giannopoulos was aware of the publication of the Articles and used the Articles in his public profile on ResearchGate.  *See* **Exhibit C**.

17. In addition, the Articles was listed in Dr. Giannopoulos' public profile on pubmed.  *See* **Exhibit D**.

18. In March of 2020, after a website name "Pubpeer" posted comments challenging the Giannopoulos Data as set forth in the Articles, Dr. Praticò emailed Dr. Giannopoulos regarding the data.

19. In 2020, after Pubpeer criticized the Giannopoulos Data, Dr. Giannopoulos did not challenge authorship.

20. Upon information and belief, in 2023, Dr. Giannopoulos represented, through his attorney, to the Associate Editor and Publisher at Springer Nature that Dr. Giannopoulos was 'unaware of the submission and publication' of the Article, and that he did not consent to the publication of his data.

21. This representation directly conflicts with Dr. Giannopoulos' ResearchGate and pubmed profiles, in which he indicates he is an author.

22. In 2023, after receiving feedback from peers in the academic community, Dr. Praticò conducted a very careful review of Dr. Giannopoulos' source data, and of Dr. Giannopoulos' dissertation, and is now extremely concerned about the integrity of the Giannopoulos Data.

23. To Dr. Praticò's knowledge, Dr. Giannopoulos never expressed any concern to any person about authorship of the Article until the year 2023.  Prior to the year 2023, Dr. Giannopoulos did not ever advise Dr. Praticò that he disagreed with the use of the Giannopoulos Data in the Article, or that he was unaware of its submission or publication.

## COUNT I- DEFAMATION

24. All preceding allegations are incorporated herein by reference.

25. Because Dr. Giannopoulos' attorney is his agent, the defamatory statement by the attorney constitutes a statement by Dr. Giannopoulos.

26. Dr. Giannopoulos' made a false statement of fact when his attorney represented to Springer Nature Journal that Dr. Giannopoulos was unaware that he was named as an author of the Article and when he claimed that he did not consent to being in the authorship for the Article.

27. Dr. Giannopoulos' statement to Springer Nature that he did not consent to the publication of the Article is a statement of defamatory character, which blackened Dr. Praticò's reputation, exposed him to public contempt, and injured his business or profession.

28. Moreover, the statement tends to lower Dr. Praticò's estimation in the community and deter people from associating or dealing with him.

29. The defamatory statement was published when it was made to Springer Nature Journal.

30. The recipient of the defamatory statement understood its defamatory meaning, and understood the statement was intended to be applied to Dr. Praticò.

31.  The defamatory statement is not subject to any privilege, or alternatively, to the extent there is a privilege, the privilege was abused.

32. Upon information and belief, when Dr. Giannopoulos, by his counsel, made the false statements, he intended to make them.

33. Dr. Praticò has suffered actual injury as a result of the defamatory statement including an impairment to his reputation and standing in the academic community, personal humiliation, and mental anguish and suffering.

**WHEREFORE**, Plaintiff respectfully requests (i) judgment be entered in its favor and against Defendant; (ii) an award be entered in an amount in excess of $50,000, plus attorney's fees, costs and interest; and (iii) the Court grant any further relief deemed appropriate under the circumstances.

## COUNT II- FRAUD

34.  All preceding allegations are incorporated herein by reference.

35. Dr. Giannopoulos represented to Dr. Praticò on at least two occasions that his data was reliable for scholarly publications, first when he used the data in his dissertation, and second in 2015, when he prepared and formatted text and figures for submission of the article to a journal.

36. Dr. Giannopoulos' misrepresentations were material to the matter at hand and Dr. Pratico̧ continued to rely on the representations when Dr. Pratico̧ submitted the same text and figures to Springer Nature for publication.

37. Dr. Giannopoulos developed the false data knowingly, and with knowledge of his deception.

38. After concerns were raised about the data, in 2023, a third-party expert used specialized software to review the Giannopoulos Data, and found that Dr. Giannopoulos had:

    a.   duplicated, altered, and improperly reused data;

    b.   appropriated experimental images from other sources not authored by himself, mislabeling them and then presenting them in the thesis as a purported result of his own research activity; and

    c.   mislabeled images in an inconsistent way and reusing them to prepare experimental material in support of several research behavior.

39. Dr. Giannopoulos intended for Dr. Pratico̧ to believe in the veracity and accuracy of the Giannopoulos Data both when Dr. Giannopoulos received his Ph.D. and when Dr. Giannopoulos responded to an email encouraging publication of the data.

40. Dr. Pratico̧ relied on the Giannopoulos Data when he submitted Articles containing the Giannopoulos Data to various journals for publication.

41. Dr. Pratico̧ was justified in relying on Dr. Giannopoulos.  Neither Dr. Pratico̧ nor anyone else on Dr. Giannopoulos' dissertation committee  were aware of problems with the Giannopoulos Data until well after Dr. Giannopoulos received his doctorate and Dr. Pratico submitted the articles containing the Giannopoulos Data for publication.

Case ID: 240101083

42. Dr. Praticò has been damaged by this fraudulent conduct.  Dr. Giannopoulos' reckless behavior profoundly polluted several manuscripts prepared by Dr. Praticò's lab, and thereby undermining Dr. Praticò's scientific reputation.

43. Dr. Praticò has suffered actual injury as a result of the defamatory statement including an impairment to his reputation and standing in the academic community, personal humiliation, and mental anguish and suffering.

**WHEREFORE**, Plaintiff respectfully requests (i) judgment be entered in its favor and against Defendant; (ii) an award be entered in an amount in excess of $50,000, plus attorney' s fees, costs and interest; and (iii) the Court grant any further relief deemed appropriate under the circumstances.

**WISLER PEARLSTINE, LLP**

Dated: January 9, 2024           By:     */s/      Deborah R. Stambaugh*
                                                  Christopher E. Ezold, Esquire
                                                  Deborah R. Stambaugh, Esquire
                                                  *Attorneys for Plaintiff*

# EXHIBIT "A"

Case ID: 240101083

## Htau-5LO AAV manuscript

### Phillip Giannopoulos <philg82@gmail.com>

Fri 1/9/2015 12:54 PM

To:DOMENICO PRATICO <praticod@temple.edu>

📎 8 attachments (8 MB)
htau 5LO AAV- figure 7 in vitro 1-9-15.ppt; htau 5LO AAV figure 6 in vitro 1-9-15.ppt; htau-5LO AAV figure 5 inflam 1-9-15.ppt; htau 5LO AAV-figure 4 syp 1-9-15.ppt; htau 5LO AAV figure 3 insoluble tau-kinases 1-9-15.ppt; htau 5LO AAV figure 2-ptau 1-9-15.ppt; htau 5LO AAV behavior figure 1- 1-9-15.ppt; htau 5LO AAV manuscript 1-9-15 nature neuroscience.doc;

Here is the text formatted for nature neuroscience and all the figures (1-7)

Case ID: 240101083

# Phillip-Electronic Files-1

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 3 attachments (20 MB)
htau-5LO AAV.zip; htau zileuton regression.zip; htau-12LO.zip;

Case ID: 240101083

## Phillip-Electronic Files- 2

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 3 attachments (20 MB)
12LO tau.zip; 3xTg-FLAP.zip; P301S-zileuton.zip;

Case ID: 240101083

## Phillip-Electronic Files-3

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 2 attachments (21 MB)
P301S-5LO.zip; htau-zileuton.zip;

Case ID: 240101083

## Re: greetings et al

**Phillip Giannopoulos** <philg82@gmail.com>
Thu 4/13/2017 12:49 PM
To:DOMENICO PRATICO <praticod@temple.edu>

I believe they have should at least have my initials on them. If there are any questions let me know. Also, Alana can take a picture on her phone of the box cover and message and I will be able to tell if it's my handwriting.

On Thu, Apr 13, 2017 at 12:23 PM, DOMENICO PRATICO <praticod@temple.edu> wrote:
> Phillip,
>
> thanks for your prompt response. We'll look in the freezer, I am sure the boxes will have your name also?
>
> Best
>
> On Thu, Apr 13, 2017 at 12:16 PM, Phillip Giannopoulos <philg82@gmail.com> wrote:
> > Hey Dr. Pratico,
> >
> > Great to hear from you. ==Excited to hear that Alana is prepping to submit==. You can leave the Temple affiliation since I performed the work there.
> >
> > As for the biochemistry files, I will take a look at my external hard drive at home in Philadelphia over the weekend where I have the files saved to see exactly what I have and compare it to what I sent you before I left. I will send you over any necessary files.
> >
> > ==In the case I do not have the biochemistry data, I spoke with Alana and told her to check the freezers for the P301S/5LOAAV and P301S/zileuton tissue. I believe it is in the newer of the two freezers but she will double check for me.==
> >
> > Hope things are well with you and we'll be in touch soon.
> >
> >
> > On Thu, Apr 13, 2017 at 11:51 AM, DOMENICO PRATICO <praticod@temple.edu> wrote:
> > > Hey Phillip,
> > >
> > > How are you?I hope this message finds you well!!
> > > Two things:
> > >
> > > 1. ==Alana is putting together her data on the P301S 5LO KO== mice and since she is using some of your data showing the age/region dependent changes in the 5LO levels you will be in the authorship.
> > > Do you want us to put your current address/work? or just leave the Temple affiliation since the work was performed here?

Case ID: 240101083

2. In reviewing the files you gave me with all the unpublished work I noticed that among the different studies, the P301S treated with zileuton and the P301S with aav5LO do not have any biochemistry data.

Can you please tell me where we can find the tissues of these studies? We have a new person in the lab that could complete them.

Looking forward to hearing back form you.

Domenico

--

--
Domenico Pratico, MD
Professor of Pharmacology, Immunology and Microbiology
Center for Translational Medicine
Temple University
3500 North Broad Street
947 MERB
Philadelphia, PA 19140
Tel, 215-707-9380
Fax, 215-707-9890

Case ID: 240101083

## P301S zileuton and P3015LO

Phillip Giannopoulos <philg82@gmail.com>
Sun 4/16/2017 11:03 PM
To:DOMENICO PRATICO <praticod@temple.edu>

3 attachments (1 MB)
P301S lab meeting 7-21-14 kinases-5LO 12 monthsl.ppt; P301S zileuton figure 7-14-14.ppt; P301S zileuton syp-inflam 7-28-14.ppt;

Hey Dr. Pratico,

Below are all the biochemistry files for the  P301 zileuton study.It includes the ptau, insoluble tau, kinases, synaptic and inflammatory markers.  For P301S 5LO i could not find any files on the external.hard drive.  I will continue to look and see if I find anything. i do not recall completing the western blot for that study. I will continue to look and if i come up with any files, i will send them your way. Anything else you need let me know.  Hope you had a wonderful Easter!!

Talk to you soon

Case ID: 240101083

# EXHIBIT "B"

Case ID: 240101083

## Htau-5LO AAV manuscript

Phillip Giannopoulos <philg82@gmail.com>
Fri 1/9/2015 12:54 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 8 attachments (8 MB)
htau 5LO AAV- figure 7 in vitro 1-9-15.ppt; htau 5LO AAV figure 6 in vitro 1-9-15.ppt; htau-5LO AAV figure 5 inflam 1-9-15.ppt; htau 5LO AAV-figure 4 syp 1-9-15.ppt; htau 5LO AAV figure 3 insoluble tau-kinases 1-9-15.ppt; htau 5LO AAV figure 2-ptau'1-9-15.ppt; htau 5LO AAV behavior figure 1- 1-9-15.ppt; htau 5LO AAV manuscript 1-9-15 nature neuroscience.doc;

Here is the text formatted for nature neuroscience and all the figures (1-7)

Case ID: 240101083

# EXHIBIT "C"

Case ID: 240101083

Recruit researchers    Join for free    Login

Home › Cellular Communication › Inflammatory Mediator › Biological Science › Cell Biology › Cellular Processes › Leukotrienes

Article    Publisher preview available

**Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway**

February 2019 · Molecular Neurobiology 56(1):1-10

DOI:10.1007/s12035-018-1124-7

Authors:

Phillip Fotios Giannopoulos
Temple University

Jian Chiu

Domenico Praticò

Read publisher preview    ⬇ Download citation    🔗 Copy link    ⌄

ⓘ  To read the full-text of this research, you can request a copy directly from the authors.

Citations (15)    References (35)    Figures (6)

## Abstract and Figures

Previous studies showed that the leukotrienes pathway is increased in human tauopathy and that its manipulation may modulate the onset and development of the pathological phenotype of tau transgenic mice. However, whether interfering with leukotrienes biosynthesis is beneficial after the behavioral deficits and the neuropathology have fully developed in these mice is not known. To test this hypothesis, aged tau transgenic mice were randomized to receive zileuton, a specific leukotriene biosynthesis inhibitor, or vehicle starting at 12 months of age for 16 weeks and then assessed in their functional and pathological phenotype. Compared with baseline, we observed that untreated tau mice had a worsening of their memory and spatial learning. By contrast, tau mice treated with zileuton had a reversal of these deficits and behaved in an undistinguishable manner from wild-type mice. Leukotriene-inhibited tau mice had an amelioration of synaptic integrity, lower levels of neuroinflammation, and a significant reduction in tau phosphorylation and pathology, which was secondary to an involvement of the cdk5 kinase pathway. Taken together, our findings represent the first demonstration that the leukotriene biosynthesis is functionally involved at the later stages of the tau pathological phenotype and represents an ideal target with viable therapeutic potential for treating human tauopathies.

Chronic
administration …

Chronic
administration …

Leukotrienes
biosynthesis…

Leukotriene
reduction…

Anti-leukotriene
therapy…

Figures - available from: Molecular Neurobiology

This content is subject to copyright. Terms and conditions apply.

📄 Publisher Preview ①

A preview of this full-text is provided by Springer Nature. · Learn more
Preview content only

Content available from Molecular Neurobiology
This content is subject to copyright. Terms and conditions apply.

Molecular Neurobiology (2019) 56:1211–1220
https://doi.org/10.1007/s12035-018-1124-7

Case ID: 240101083

Discover the world's research

• 25+ million members
• 160+ million publication pages
• 2.3+ billic citations

Join for free

# Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway

Phillip F. Giannopoulos[1] · Jian Chiu[1] · Domenico Praticò[1]

Received: 3 April 2018 /Accepted: 11 May 2018 /Published online: 7 June 2018
© Springer Science+Business Media, LLC, part of Springer Nature 2018

## Abstract

Previous studies showed that the leukotrienes pathway is increased in human tauopathy and that its manipulation may modulate the onset and development of the pathological phenotype of tau transgenic mice. However, whether interfering with leukotriene biosynthesis is beneficial after the behavioral deficits and the neuropathology have fully developed in these mice is not known. To test this hypothesis, aged tau transgenic mice were randomized to receive zileuton, a specific leukotriene biosynthesis inhibitor, or vehicle starting at 12 months of age for 16 weeks and then assessed in their functional and pathological phenotype. Compared with baseline, we observed that untreated tau mice had a worsening of their memory and spatial learning. By contrast, tau mice treated with zileuton had a reversal of these deficits and behaved in an undistinguishable manner from wild-type mice. Leukotriene-inhibited tau mice had an amelioration of synaptic integrity, lower levels of neuroinflammation, and a significant reduction in tau phosphorylation and pathology, which was secondary to an involvement of the cdk5 kinase pathway. Taken together, our findings represent the first demonstration that the leukotriene biosynthesis is functionally involved at the later stage of the tau pathological phenotype and represents an ideal target with viable therapeutic potential for treating human tauopathies.

**Keywords** Tauopathy · cdk5 kinase pathway · Five-lipoxygenase · Leukotrienes · Neuroinflammation · Behavior

## Introduction

Neurodegenerative diseases represent a large and heterogeneous group of chronic disorders both sporadic and familial, often characterized by the progressive accumulation of signature protein aggregates, which in most cases provide the basis for their neuropathological classification [1]. To this end, the term "tauopathies" is typically used to define some of these diseases whose main feature is the presence of filamentous accumulations of highly phosphorylated tau protein only in neurons or neurons and glial cells [2, 3]. They comprise several different clinical and pathological entities and have been sub-classified into primary and secondary, depending on whether tau neuropathology is considered the major contributing factor to the pathogenesis or simply associated with it [4].

✉ Domenico Praticò
   pratico@temple.edu

1   Alzheimer's Center at Temple, Lewis Katz School of Medicine, Scott Richards North Star Foundation Chair, Alzheimer's Research, Temple University, 947, Medical Education and Research Building, 3500 North Broad Street, Philadelphia, PA 19140, USA

While pathological post-translational modifications of tau have unequivocally been shown to be able to cause neurodegeneration, the precise molecular and cellular mechanisms whereby this protein is involved in the pathogenesis of these diseases are still poorly understood. Interestingly, besides the accumulation of highly phosphorylated tau, its filaments, and ultimately the neurofibrillar tangles, consistent evidence has demonstrated that both human tauopathies as well as their animal models are also characterized by intense humoral and cellular neuroinflammatory responses [5, 6].

We recently showed that post-mortem brain tissues from subjects with a clinical and pathological diagnosis of progressive supranuclear palsy, one of the most common form of tauopathy, have a significant up-regulation of the 5-lipoxygenase (5LO), an enzyme whose metabolic products, the leukotrienes, are potent pro-inflammatory lipid mediators [7, 8]. Further, in relevant mouse models of tauopathy genetic absence or early pharmacological blockade of 5LO activation resulted in significant improvement of behavioral deficits and delay in the development of tau phosphorylation and pathology [7, 9, 10]. However, all these studies are to be considered as preventative in nature since all of them have used mice at an early stage of their phenotype

Content courtesy of Springer Nature, terms of use apply. Rights reserved.

Citations (15)     References (35)

Case ID: 240101083

... Cdk5 is also associated with early inflammation of AD (Wilkaniec et al., 2018). Leukotriene, an inflammatory factor, may accelerate tau pathological accumulation through the Cdk5 pathway (Giannopoulos et al., 2019). Tau affects the function of subcellular organelles, such as mitochondria and The role of Cdk5 in neurological disorders and the underlying molecular mechanisms. ...

**The role of Cdk5 in neurological disorders**

Article    Full-text available

Jul 2022

Chuncao Ao · Chenchen Li · Jinlun Chen · Liuwang Zeng

View    Show abstract

---

... More edges in Bayesian Network are at S2 Further investigation is needed for the mixed effects of inflammation, such as considering the confounding effect of inflammation itself and/or medications related to inflammation. For example, Zileuton, a leukotriene biosynthesis inhibitor that is widely used for chronic inflammation (asthma), has shown a significantly reduced level of neuroinflammation and in tau phosphorylation in the tau transgenic mice  [65] . ...

**Counterfactual analysis of differential comorbidity risk factors in Alzheimer's disease and related dementias**

Article    Full-text available

Mar 2022

Yejin Kim · Kai Zhang · Sean I Savitz · Xiaoqian Jiang

View    Show abstract

---

... Secondly, we analyzed pharmacokinetics of MTK in a transgenic mouse model of AD, because recently it was shown that pharmacological inhibition of leukotriene signaling had beneficial effects in several mouse models of AD [30][31][32][33] [34] . The leukotriene receptor antagonist MTK has been proposed as an interesting candidate for drug repurposing in AD patients [13][14][15], due to its potential to modulate neuroinflammation and improve memory in animal models of stroke [35], epilepsy [36,37] and Lewy body dementia [38]. ...

**Improved Bioavailability of Montelukast through a Novel Oral Mucoadhesive Film in Humans and Mice**

Article    Full-text available

Dec 2020

Johanna Michael · Diana M. Bessa de Sousa · Justin Conway · Ludwig Aigner

View    Show abstract

---

... Consistent with previous studies, our results showed that AMI inhibits the expression of the tau upstream kinase GSK-3β. In addition, tau protein kinase II (TPKII) formed by a complex containing two subunits of Cyclin-dependent Kinase 5 (CDK5) and p35 can synergistically increase the efficiency of GSK-3β phosphorylation of tau protein (Xiao et al., 2018; Giannopoulos et al., 2019) . Therefore, we need to investigate the expression of tau protein kinase II (TPKII) in the next experiment. ...

**AMₗ, an Indazole Derivative, Improves Parkinson's Disease by Inhibiting Tau Phosphorylation**

Article    Full-text available

Nov 2020

Zhang Mao · Zhu Wen-ting · Wang Hai-tao · Wang Wen-ya

View    Show abstract

---

... RIPA extracts from human and mouse brain homogenates were used for western blot analyses as previously described [16, 23] . In brief, samples were electrophoresed on 10% Bis-Tris gels or 3-8% Tris-acetate gel (Bio-Rad, Richmond, CA), transferred onto nitrocellulose membranes (Bio-Rad), and then incubated overnight at 4°C with the appropriate primary antibodies; anti-VPS35 [dilution: After three washings with T-TBS (pH 7.4), membranes were incubated with IRDye 800CW-labeled secondary antibodies (LI-COR Bioscience, Lincoln, NE) at room temperature for 1 h. ...

**VPS35 regulates tau phosphorylation and neuropathology in tauopathy**

Article    Full-text available

Jul 2019

Alana N. Vagnozzi · Jian-Guo Li · Jin Chiu · Domenico Praticò

Case ID: 240101083

View   Show abstract

---

**Leukotriene A4 hydrolase inhibition improves age-related cognitive decline via modulation of synaptic function**

Article

Nov 2023

Julia M. Adams · ⬤ Sanket Rege · ⬤ Angela T. Liu · ⬤ Meghan Kerrisk Campbell

View   Show abstract

---

**Microglia in neurodegenerative diseases: mechanism and potential therapeutic targets**

Article   Full-text available

Sep 2023

⬤ Chao Gao · Jingwen Jiang · ⬤ Yuyan Tan · ⬤ Shengdi Chen

View   Show abstract

---

**Lipids and brain inflammation in APOE4-associated dementia**

Article

Dec 2021

⬤ Marlon Vincent Venancio Duro · ⬤ Brandon Ebright · ⬤ Hussein N Yassine

View   Show abstract

---

**5-Lipoxygenase as an emerging target against age-related brain disorders**

Article

May 2021   AGEING RES REV

Mengdie Yan · Siran Zhang · Chengtan Li · Lihui Zhang

View   Show abstract

---

**Leukotrienes in Tumor-Associated Inflammation**

Article   Full-text available

Aug 2020

⬤ Wen Tian · ⬤ Xinguo Jiang · ⬤ Dongeon Kim · ⬤ Stanley G Rockson

View   Show abstract

---

Show more

Case ID: 240101083

Recommended publications    Discover more about: Leukotrienes

---

Article   Full-text available

Inhibition of caspase-1 ameliorates tauopathy and rescues cognitive impairment in SAMP8 mice

April 2022 · Metabolic Brain Disease

Meng-Shan Tan · Yi Liu · Hao Hu · [...] · Lan Tan

The inflammasome assembles leading to increased cleavage and activity of caspase-1 and downstream IL-1β release, which plays a significant role in the pathogenesis of Alzheimer's disease (AD). Previous studies have shown that caspase-1-mediated neuroinflammation occurs early in AD process. However, the detailed role of caspase-1 in aging-related AD-like neuropathology is still unclear so far. In ... [Show full abstract]

View full-text

---

Article   Full-text available

Antileukotriene therapy by reducing tau phosphorylation improves synaptic integrity and cognition of...

March 2018 · Aging Cell

Phillip Fotios Giannopoulos · Jian Chiu · Domenico Praticò

The 5-lipoxygenase (5LO) is a source of inflammatory leukotrienes and is upregulated in Alzheimer's disease and related tauopathies. However, whether it directly modulates tau phosphorylation and the development of its typical neuropathology in the absence of Aβ or is a secondary event during the course of the disease pathogenesis remains to be fully elucidated. The goal of this study was to ... [Show full abstract]

View full-text

---

Article   Full-text available

Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy

November 2017 · Molecular Neurobiology

Phillip Fotios Giannopoulos · Domenico Praticò

Brain accumulation of increasing amount of phosphorylated microtubule associated tau protein is one the major hallmark lesions of Alzheimer's disease (AD) and related tauopathies. Consistent evidence from clinical and animal studies has shown that neuroinflammation characterizes these diseases. The 5-lipoxygenase (5LO) is an enzyme protein whose metabolic products are lipids with potent ... [Show full abstract]

View full-text

---

Article   Full-text available

The direct role of 5-lipoxygenase on tau pathology, synaptic integrity and cognition in a mouse mode...

December 2017 · Translational Psychiatry

Alana N. Vagnozzi · Phillip Fotios Giannopoulos · Domenico Praticò

Neurodegenerative tauopathies are characterized by pathological accumulation of highly phosphorylated isoforms of tau protein, which leads to progressive neuronal loss. Neuroinflammation often accompanies tau-driven diseases; however, the direct role of neuroinflammation in tauopathies remains unknown. The 5-lipoxygenase (5LO) is a pro-inflammatory enzyme, which produces several bioactive ... [Show full abstract]

View full-text

---

Article   Full-text available

Retraction Note to: Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauop...

February 2023 · Molecular Neurobiology

Case ID: 240101083

11/28/23, 5:57 PM          Learning Impairments, Memory Deficits and Neuropathology in Aged Tau Transgenic Mice are Dependent on Leukotrienes Biosy…

Case 2:24-cv-02212-WB   Document 1   Filed 05/23/24   Page 36 of 86

Phillip Fotios Giannopoulos · Domenico Praticò

View full-text

Last Updated: 12 Jun 2023




**Company**

About us

News

Careers

**Support**

Help Center

**Business solutions**

Advertising

Recruiting

© 2008-2023 ResearchGate GmbH. All rights reserved.

Terms · Privacy · Copyright · Imprint

Case ID: 240101083

# EXHIBIT "D"

Case ID: 240101083


An official website of the United States government
Here's how you know

21 results

Page 1 of 3

1  The 12/15-lipoxygenase as an emerging therapeutic target for Alzheimer's disease.
   Joshi YB, **Giannopoulos PF**, Praticò D.
   Trends Pharmacol Sci. 2015 Mar;36(3):181-186. doi: 10.1016/j.tips.2015.01.005. Epub 2015 Feb 20.
   PMID: 25708815 Free PMC article. Review.

2  Retraction Note to: Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy.
   **Giannopoulos PF**, Praticò D.
   Mol Neurobiol. 2023 May;60(5):2970-2971. doi: 10.1007/s12035-023-03283-1.
   PMID: 36823264 No abstract available.

3  Novel lipid signaling pathways in Alzheimer's disease pathogenesis.
   **Giannopoulos PF**, Joshi YB, Praticò D.
   Biochem Pharmacol. 2014 Apr 15;88(4):560-4. doi: 10.1016/j.bcp.2013.11.005. Epub 2013 Nov 21.
   PMID: 24269629 Free PMC article. Review.

4  Retraction Note to: Gene knockout of 5-lipoxygenase rescues synaptic dysfunction and improves memory in the triple-transgenic model of Alzheimer's disease.
   **Giannopoulos PF**, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.
   Mol Psychiatry. 2023 Feb;28(2):964. doi: 10.1038/s41380-022-01813-2.
   PMID: 36198769 Free PMC article. No abstract available.

5  Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy.
   **Giannopoulos PF**, Praticò D.
   Mol Neurobiol. 2018 Jul;55(7):5926-5936. doi: 10.1007/s12035-017-0817-7. Epub 2017 Nov 11.
   PMID: 29128902 Retracted.

6  Antileukotriene therapy by reducing tau phosphorylation improves synaptic integrity and cognition of P301S transgenic mice.
   **Giannopoulos PF**, Chiu J, Praticò D.
   Aging Cell. 2018 Jun;17(3):e12759. doi: 10.1111/acel.12759. Epub 2018 Apr 1.
   PMID: 29607621 Free PMC article.

7  Brain 5-lipoxygenase over-expression worsens memory, synaptic integrity, and tau pathology in the P301S mice.
   Vagnozzi AN, **Giannopoulos PF**, Praticò D.
   Aging Cell. 2018 Feb;17(1):e12695. doi: 10.1111/acel.12695. Epub 2017 Nov 4.
   PMID: 29106033 Free PMC article.

8  The 12-15-lipoxygenase is a modulator of Alzheimer's-related tau pathology in vivo.
   **Giannopoulos PF**, Joshi YB, Chu J, Praticò D.
   Aging Cell. 2013 Dec;12(6):1082-90. doi: 10.1111/acel.12136. Epub 2013 Aug 19.
   PMID: 23862663 Free PMC article.

9  Gamma secretase-activating protein is a substrate for caspase-3: implications for Alzheimer's disease.
   Chu J, Li JG, Joshi YB, **Giannopoulos PF**, Hoffman NE, Madesh M, Praticò D.
   Biol Psychiatry. 2015 Apr 15;77(8):720-8. doi: 10.1016/j.biopsych.2014.06.003. Epub 2014 Jun 16.
   PMID: 25052851 Free PMC article.

10 Modulation of lipopolysaccharide-induced memory insult, γ-secretase, and neuroinflammation in triple transgenic mice by 5-lipoxygenase.
   Joshi YB, **Giannopoulos PF**, Chu J, Praticò D.
   Neurobiol Aging. 2014 May;35(5):1024-31. doi: 10.1016/j.neurobiolaging.2013.11.016. Epub 2013 Nov 22.

PMID: 24332986 Free PMC article.

Page 2

11  Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway.
Giannopoulos PF, Chiu J, Praticò D.
Mol Neurobiol. 2019 Feb;56(2):1211-1220. doi: 10.1007/s12035-018-1124-7. Epub 2018 Jun 7.
PMID: 29881943

12  Adeno-associated virus-mediated brain delivery of 5-lipoxygenase modulates the AD-like phenotype of APP mice.
Chu J, Giannopoulos PF, Ceballos-Diaz C, Golde TE, Pratico D.
Mol Neurodegener. 2012 Jan 5;7(1):1. doi: 10.1186/1750-1326-7-1.
PMID: 22222029 Free PMC article.

13  Pharmacologic blockade of 12/15-lipoxygenase ameliorates memory deficits, Aβ and tau neuropathology in the triple-transgenic mice.
Chu J, Li JG, Giannopoulos PF, Blass BE, Childers W, Abou-Gharbia M, Praticò D.
Mol Psychiatry. 2015 Nov;20(11):1329-38. doi: 10.1038/mp.2014.170. Epub 2015 Jan 6.
PMID: 25560760

14  The direct role of 5-lipoxygenase on tau pathology, synaptic integrity and cognition in a mouse model of tauopathy.
Vagnozzi AN, Giannopoulos PF, Praticò D.
Transl Psychiatry. 2017 Dec 18;7(12):1288. doi: 10.1038/s41398-017-0017-2.
PMID: 29249809 Free PMC article.

15  Gene knockout of 5-lipoxygenase rescues synaptic dysfunction and improves memory in the triple-transgenic model of Alzheimer's disease.
Giannopoulos PF, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.
Mol Psychiatry. 2014 Apr;19(4):511-8. doi: 10.1038/mp.2013.23. Epub 2013 Mar 12.
PMID: 23478745 Free PMC article. Retracted.

16  Pharmacologic inhibition of 5-lipoxygenase improves memory, rescues synaptic dysfunction, and ameliorates tau pathology in a transgenic model of tauopathy.
Giannopoulos PF, Chu J, Sperow M, Li JG, Yu WH, Kirby LG, Abood M, Praticò D.
Biol Psychiatry. 2015 Nov 15;78(10):693-701. doi: 10.1016/j.biopsych.2015.01.015. Epub 2015 Feb 7.
PMID: 25802082 Free PMC article.

17  5-Lipoxygenase gene transfer worsens memory, amyloid, and tau brain pathologies in a mouse model of Alzheimer disease.
Chu J, Giannopoulos PF, Ceballos-Diaz C, Golde TE, Praticò D.
Ann Neurol. 2012 Sep;72(3):442-54. doi: 10.1002/ana.23642.
PMID: 23034916 Free PMC article.

18  5-lipoxygenase activating protein reduction ameliorates cognitive deficit, synaptic dysfunction, and neuropathology in a mouse model of Alzheimer's disease.
Giannopoulos PF, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.
Biol Psychiatry. 2013 Sep 1;74(5):348-56. doi: 10.1016/j.biopsych.2013.04.009. Epub 2013 May 15.
PMID: 23683389 Free PMC article.

19  Absence of ALOX5 gene prevents stress-induced memory deficits, synaptic dysfunction and tauopathy in a mouse model of Alzheimer's disease.
Joshi YB, Giannopoulos PF, Chu J, Sperow M, Kirby LG, Abood ME, Praticò D.
Hum Mol Genet. 2014 Dec 20;23(25):6894-902. doi: 10.1093/hmg/ddu412. Epub 2014 Aug 13.
PMID: 25122659 Free PMC article.

20  Effects of acute microinjections of thyroid hormone to the preoptic region of euthyroid adult male rats on sleep and motor activity.

Martin JV, **Giannopoulos PF**, Moffett SX, James TD.

Brain Res. 2013 Jun 21;1516:45-54. doi: 10.1016/j.brainres.2013.01.032. Epub 2013 Jan 21.

PMID: 23348377

**FOLLOW NCBI**



Connect with NLM

National Library of Medicine
8600 Rockville Pike
Bethesda, MD 20894

Web Policies
FOIA
HHS Vulnerability Disclosure

Help
Accessibility
Careers

NLM   NIH   HHS   USA.gov

Case ID: 240101083

## **VERIFICATION**

I, Domenico Pratico, hereby state that I am the Plaintiff in this matter, that the facts set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief, and that this verification is being made subject to 18 PA. C.S. § 4904, relating to unsworn falsification to authorities.


Date:   01/08/2024                    By: _____

Case ID: 240101083

# EXHIBIT "B"

**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA**

Filed and Attested by the
Office of Judicial Records
07 MAR 2024 03:36 pm
S. RICE

DOMENICO PRATICO                                 NO. ___240101083_____

JURY TRIAL DEMANDED

        Plaintiff,

v.

PHILLIP GIANNOPOULOS

        Defendant.


## NOTICE TO DEFEND


### NOTICE

**You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff.  You may lose money or property or other rights important to you.**

*You should take this paper to your lawyer at once.  If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

**Philadelphia Bar Association
Lawyer Referral
and Information Service
1101 Market St., 11th Floor
Philadelphia, Pennsylvania  19107
(215) 238-6333**

### AVISO

**Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.**

*Lleve esta demanda a un abogado immediatamente.  Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio.  Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

**Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
1101 Market St., 11th Piso
Filadelfia, Pennsylvania  19107
(215) 238-6333**

10-284

**WISLER PEARLSTINE LLP**
By:     Christopher E. Ezold (77369)
Deborah R. Stambaugh (325032)
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
cezold@wispearl.com
dstambaugh@wispearl.com

| | |
|---|---|
| **DOMENICO PRATICO**<br> 1907 Mount Vernon Street<br> Philadelphia, PA 19130<br><br><div align="center">**Plaintiff,**</div><br><div align="center">**v.**</div><br>**PHILLIP GIANNOPOULOS**<br>5021 60th Street<br>Woodside, NY 11377<br><br><div align="center">**Defendant.**</div> | **IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA**<br><br><br>**NO. 240101083**<br><br>**JURY TRIAL DEMANDED** |

<div align="center"># FIRST AMENDED COMPLAINT</div>

Plaintiff, Domenico Praticò (Dr. Praticò) through his undersigned counsel, complains against Phillip Giannopoulos, (Dr. Giannopoulos) as follows:

This matter involves the falsification of research data by Defendant; intentional representations by Defendant to induce Plaintiff to rely on such data to Plaintiff's detriment; and a false statement by Defendant to a publisher.

<div align="center">PARTIES</div>

1.  Dr. Praticò is an individual who resides at 1907 Mount Vernon Street, Philadelphia, PA 19130.

2.  Upon information and belief, Dr. Giannopoulos is an individual who resides at 5021 60th Street Woodside, NY 11377.

VENUE

3.   Venue is proper in this Court pursuant to Pennsylvania Rules of Civil Procedure 2179(a)(3) and (4) because the causes of action asserted hereunder arose from transactions and occurrences in Philadelphia County.

FACTS

4.   Dr. Praticò is a tenured Professor of Neural Sciences and the Director of the Alzheimer's Center at Temple University.

5.   Dr. Praticò's research area is clinical pharmacology with a special focus on the cellular and molecular aspects of cell oxidative biology and a particular interest in small molecules such as bioactive oxidized lipids.

6.   Dr. Praticò has authored or participated in authoring over 300 papers, and chapters of several books.

7.   Dr. Praticò is the principal researcher in the Praticò Lab which is part of the School of Medicine at Temple University.

8.   Students at Temple University use the Praticò Lab to research diseases of the brain, including those that affect memory, language, and the ability to learn.

9.   Dr. Giannopoulos received his Ph.D. from Temple University in 2015.  Dr. Praticò served as doctoral advisor to Dr. Giannopoulos during his doctoral program at Temple University.

10. Dr. Giannopoulos used Dr. Praticò's lab and other testing equipment that is housed in the animal facility and other researcher's labs to perform studies that constituted original research, which Dr. Giannopoulos used for his doctoral dissertation at Temple University.

11. There were three permanent members of the thesis committee, and an external reviewer. At the time Dr. Giannopoulos received his Ph.D., neither Dr. Praticò nor any other person on Dr.

Case ID: 240101083

Giannopoulos' dissertation committee, nor the external reviewer observed issues with the Giannopoulos Data.

12. While he worked in Dr. Praticò's lab, Dr. Giannopoulos also generated other research data intended for publication.

13. Dr. Praticò does not micro-manage every step of the research process but trusts his students to exhibit scientific integrity in their research processes.

14. In general, PhD students are very motivated to have their data published because publication helps them develop their reputation in the scientific community and opens pathways for additional post-doctoral studies and other work.

15. Dr. Praticò helped Dr. Giannopoulos get data from his dissertation and other research data published.

16. In part because of his research publications and his written works as reflected on his resume at the time, after Dr. Giannopoulos completed his dissertation at Temple University, he was invited to conduct post-doctoral research at New York University, and worked at New York University for at least a year.

17. Two of the papers Praticò helped Dr. Giannopoulos publish were published by Springer Nature Academic Publishing, Inc. ("Springer Nature") (hereinafter "the Springer Nature Papers"):

    a.   Overexpression of 5-lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy. Mol Neurobiol 2018: 55(7):5926-5936;

    b.   Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway. Mol Neurobiol. 2019 Feb; 56(2):1211-1220

18. The Springer Nature Papers contain data from Dr. Giannopoulos' dissertation.

19. Prior to submitting the papers to Springer Nature, Dr. Praticò spoke to Dr. Giannopoulos about the publications; in 2015, Dr. Giannopoulos had prepared and formatted text and figures for submission of the papers to a different journal, which ended up not publishing the material. *See* **Exhibits A and B**.

20. Dr. Giannopoulos was aware of the publication of the Springer Nature Papers and allowed the papers to appear on his public profile on ResearchGate.  *See* **Exhibit C**.

21. In addition, the Springer Nature Papers were listed in Dr. Giannopoulos' public profile on pubmed.  *See* **Exhibit D**.

22. In March of 2020, after a website name "Pubpeer" posted comments by which other individuals challenged the Giannopoulos Data as set forth in the Springer Nature Papers, Dr. Praticò emailed Dr. Giannopoulos regarding the data.

23. In 2020, after Pubpeer criticized the Giannopoulos Data, Dr. Giannopoulos did not say anything about authorship.

24. Upon information and belief, in 2023, Dr. Giannopoulos represented, through his attorney, to the Associate Editor and Publisher at Springer Nature that Dr. Giannopoulos was 'unaware of the submission and publication' of the Springer Nature Papers, and that he did not consent to the publication of his data.

25. This representation directly conflicts with Dr. Giannopoulos' ResearchGate and pubmed profiles, which indicate he is an author.

26. To Dr. Praticò's knowledge, Dr. Giannopoulos never expressed any concern to any person about authorship of the Springer Nature Papers until the year 2023.

27. Prior to the year 2023, Dr. Giannopoulos did not ever advise Dr. Praticò that he disagreed with the use of the Giannopoulos Data in the Springer Nature Papers, or that he was unaware of submission of the data for publication.

28. After receiving feedback from PubPeer and other persons in the academic community, Dr. Praticò conducted a very careful review of Dr. Giannopoulos' data, and of Dr. Giannopoulos' dissertation, and is now understands the integrity of Dr. Giannopoulos' data is compromised.

29. In addition to the two papers submitted to Springer Nature, Dr. Giannopoulos and Dr. Praticò jointly authored several other papers, some of which relied on materials and data from Dr. Giannopoulos' dissertation, and some of which relied on other data generated by Dr. Giannopoulos, which was not part of his dissertation.

30. Dr. Praticò engaged an outside reviewer to analyze Dr. Giannopoulos data, and the reviewer found that Dr. Giannopoulos' dissertation contained data that had been copied from other published works and manipulated to the point that the integrity of the data is compromised, to include flipping and changing the size of images, and by way of example, re-using images from one experiment to represent results of another experiment.

<u>COUNT I- DEFAMATION</u>

31. All preceding allegations are incorporated herein by reference.

32. Because Dr. Giannopoulos' attorney is his agent, the defamatory statement by the attorney constitutes a statement by Dr. Giannopoulos.

33. Dr. Giannopoulos' made a false statement of fact when his attorney represented to Springer Nature Journal that Dr. Giannopoulos was unaware that he was named as an author of the Springer Nature Papers and when he claimed that he did not consent to being in the authorship for the papers.

Case ID: 240101083

34. Dr. Giannopoulos' statement to Springer Nature that he did not consent to the publication of the Springer Nature Papers is a statement of defamatory character, which blackened Dr. Praticò's reputation, exposed him to public contempt, and injured his business or profession.

35. Moreover, the statement tends to lower Dr. Praticò's estimation in the community and deter people from associating or dealing with him.

36. The defamatory statement was published when it was made to Springer Nature Journal.

37. The recipient of the defamatory statement understood its defamatory meaning, and understood the statement was intended to be applied to Dr. Praticò.

38.   The defamatory statement is not subject to any privilege, or alternatively, to the extent there is a privilege, the privilege was abused.

39. Upon information and belief, when Dr. Giannopoulos, by his counsel, made the false statements, he intended to make them.

40. Dr. Praticò has suffered actual injury as a result of the defamatory statement including an impairment to his reputation and standing in the academic community, personal humiliation, and mental anguish and suffering.

**WHEREFORE**, Plaintiff respectfully requests (i) judgment be entered in its favor and against Defendant; (ii) an award be entered in an amount in excess of $50,000, plus attorney's fees, costs and interest; and (iii) the Court grant any further relief deemed appropriate under the circumstances.

<u>COUNT II- FRAUD</u>

41.  All preceding allegations are incorporated herein by reference.

42. Dr. Giannopoulos represented to Dr. Praticò that his data was reliable for scholarly publications.

Case ID: 240101083

43. Dr. Giannopoulos' misrepresentations were material to the matter at hand and Dr. Praticò continued to rely on the representations when Dr. Praticò submitted the same text and figures to various journals for publication.

44. Dr. Giannopoulos developed the false data knowingly, and with knowledge of his deception.

45. In 2023, after academic peers had raised concerns about the data, a third-party expert used specialized software to review Dr. Giannopoulos' dissertation to other published works, and found that Dr. Giannopoulos had:

    a.  duplicated, altered, and improperly reused data;

    b.  appropriated experimental images from other sources not authored by himself, mislabeling them and then presenting them in the thesis as a purported result of his own research activity; and

    c.  mislabeled images in an inconsistent way and reusing them to prepare experimental material in support of several research behavior.

46. Dr. Giannopoulos intended for Dr. Praticò to believe in the veracity and accuracy of his data both when Dr. Giannopoulos received his Ph.D. and when Dr. Giannopoulos responded to an email encouraging publication of the data.

47. Dr. Praticò relied on Dr. Giannopoulos' data when he submitted papers containing the dataa to various journals for publication.

48. Dr. Praticò was justified in relying on Dr. Giannopoulos. Neither Dr. Praticò nor anyone else on Dr. Giannopoulos' dissertation committee were aware of problems with the data until well after Dr. Giannopoulos received his PhD.

49. Dr. Praticò has been damaged by this fraudulent conduct.  Dr. Giannopoulos' reckless behavior profoundly polluted several manuscripts prepared by Dr. Praticò's lab, and thereby undermining Dr. Praticò's scientific reputation.

50. Three papers co-authored by Dr. Pratico and Dr. Giannopoulos have been retracted by the respective publishers, and Dr. Praticò has had to request the retraction of an additional four published papers on which Dr. Giannopoulos is first author.

51. In addition, Dr. Pratico is reviewing other papers to determine whether to ask publishers to retract or correct additional papers authored by Dr. Giannopoulos.

52. Dr. Praticò has suffered actual injury as a result of Dr. Giannopoulos' fraudulent work, including an impairment to his reputation and standing in the academic community, personal humiliation, and mental anguish and suffering.

**WHEREFORE**, Plaintiff respectfully requests (i) judgment be entered in its favor and against Defendant; (ii) an award be entered in an amount in excess of $50,000, plus attorney' s fees, costs and interest; and (iii) the Court grant any further relief deemed appropriate under the circumstances.

<div align="center">

**WISLER PEARLSTINE, LLP**

</div>

Dated: February __, 2024     By:   _____

                                            Christopher E. Ezold, Esquire
                                            Deborah R. Stambaugh, Esquire
                                            *Attorneys for Plaintiff*

Case ID: 240101083

# EXHIBIT "A"

Case ID: 240101083

## Htau-5LO AAV manuscript

Phillip Giannopoulos <philg82@gmail.com>

Fri 1/9/2015 12:54 PM

To:DOMENICO PRATICO <praticod@temple.edu>

📎 8 attachments (8 MB)

htau 5LO AAV- figure 7 in vitro 1-9-15.ppt; htau 5LO AAV figure 6 in vitro 1-9-15.ppt; htau-5LO AAV figure 5 inflam 1-9-15.ppt; htau 5LO AAV-figure 4 syp 1-9-15.ppt; htau 5LO AAV figure 3 insoluble tau-kinases 1-9-15.ppt; htau 5LO AAV figure 2-ptau 1-9-15.ppt; htau 5LO AAV behavior figure 1- 1-9-15.ppt; htau 5LO AAV manuscript 1-9-15 nature neuroscience.doc;

Here is the text formatted for nature neuroscience and all the figures (1-7)

Case ID: 240101083

## Phillip-Electronic Files-1

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 3 attachments (20 MB)
htau-5LO AAV.zip; htau zileuton regression.zip; htau-12LO.zip;

Case ID: 240101083

# Phillip-Electronic Files- 2

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 3 attachments (20 MB)
12LO tau.zip; 3xTg-FLAP.zip; P301S-zileuton.zip;

Case ID: 240101083

## Phillip-Electronic Files-3

Phillip Giannopoulos <philg82@gmail.com>
Fri 3/13/2015 12:32 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 2 attachments (21 MB)
P301S-5LO.zip; htau-zileuton.zip;

Case ID: 240101083

## Re: greetings et al

Phillip Giannopoulos <philg82@gmail.com>
Thu 4/13/2017 12:49 PM
To:DOMENICO PRATICO <praticod@temple.edu>

I believe they have should at least have my initials on them. If there are any questions let me know. Also, Alana can take a picture on her phone of the box cover and message and I will be able to tell if it's my handwriting.

On Thu, Apr 13, 2017 at 12:23 PM, DOMENICO PRATICO <praticod@temple.edu> wrote:
Phillip,

thanks for your prompt response. We'll look in the freezer, I am sure the boxes will have your name also?

Best

On Thu, Apr 13, 2017 at 12:16 PM, Phillip Giannopoulos <philg82@gmail.com> wrote:
Hey Dr. Pratico,

Great to hear from you. Excited to hear that Alana is prepping to submit. You can leave the Temple affiliation since I performed the work there.

As for the biochemistry files, I will take a look at my external hard drive at home in Philadelphia over the weekend where I have the files saved to see exactly what I have and compare it to what I sent you before I left. I will send you over any necessary files.

In the case I do not have the biochemistry data, I spoke with Alana and told her to check the freezers for the P301S/5LOAAV and P301S/zileuton tissue. I believe it is in the newer of the two freezers but she will double check for me.

Hope things are well with you and we'll be in touch soon.

On Thu, Apr 13, 2017 at 11:51 AM, DOMENICO PRATICO <praticod@temple.edu> wrote:
Hey Phillip,

How are you?I hope this message finds you well!!
Two things:

1. Alana is putting together her data on the P301S 5LO KO mice and since she is using some of your data showing the age/region dependent changes in the 5LO levels you will be in the authorship.
Do you want us to put your current address/work? or just leave the Temple affiliation since the work was performed here?

Case ID: 240101083

6/13/23, 3:18 PM
Re: greetings et al Domenico Pratico - Outlook
Case 2:24-cv-02212-WB    Document 1    Filed 05/23/24    Page 58 of 86

2. In reviewing the files you gave me with all the unpublished work I noticed that among the different studies, the P301S treated with zileuton and the P301S with aav5LO do not have any biochemistry data.

Can you please tell me where we can find the tissues of these studies? We have a new person in the lab that could complete them.

Looking forward to hearing back form you.

Domenico

--

--

Domenico Pratico, MD
Professor of Pharmacology, Immunology and Microbiology
Center for Translational Medicine
Temple University
3500 North Broad Street
947 MERB
Philadelphia, PA 19140
Tel, 215-707-9380
Fax, 215-707-9890

Case ID: 240101083

## P301S zileuton and P3015LO

Phillip Giannopoulos <philg82@gmail.com>
Sun 4/16/2017 11:03 PM
To:DOMENICO PRATICO <praticod@temple.edu>

🖇 3 attachments (1 MB)
P301S lab meeting 7-21-14 kinases-5LO 12 monthsl.ppt; P301S zileuton figure 7-14-14.ppt; P301S zileuton syp-inflam 7-28-14.ppt;

Hey Dr. Pratico,

Below are all the biochemistry files for the  P301 zileuton study.It includes the ptau, insoluble tau, kinases, synaptic and inflammatory markers.  For P301S 5LO i could not find any files on the external.hard drive.  I will continue to look and see if I find anything. i do not recall completing the western blot for that study. I will continue to look and if i come up with any files, i will send them your way. Anything else you need let me know.  Hope you had a wonderful Easter!!

Talk to you soon

Case ID: 240101083

# EXHIBIT "B"

Case ID: 240101083

## Htau-5LO AAV manuscript

Phillip Giannopoulos <philg82@gmail.com>
Fri 1/9/2015 12:54 PM
To:DOMENICO PRATICO <praticod@temple.edu>

📎 8 attachments (8 MB)
htau 5LO AAV- figure 7 in vitro 1-9-15.ppt; htau 5LO AAV figure 6 in vitro 1-9-15.ppt; htau-5LO AAV figure 5 inflam 1-9-15.ppt; htau 5LO AAV-figure 4 syp 1-9-15.ppt; htau 5LO AAV figure 3 insoluble tau-kinases 1-9-15.ppt; htau 5LO AAV figure 2-ptau' 1-9-15.ppt; htau 5LO AAV behavior figure 1- 1-9-15.ppt; htau 5LO AAV manuscript 1-9-15 nature neuroscience.doc;

Here is the text formatted for nature neuroscience and all the figures (1-7)

Case ID: 240101083

# EXHIBIT "C"

Case ID: 240101083



Recruit researchers    Join for free    Login

Home › Cellular Communication › Inflammatory Mediator › Biological Science › Cell Biology › Cellular Processes › Leukotrienes

Article    Publisher preview available

## Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway

February 2019 · Molecular Neurobiology 56(1):1-10

DOI:10.1007/s12035-018-1124-7

Authors:

Phillip Fotios Giannopoulos
Temple University

Jian Chiu

Domenico Praticò

Read publisher preview    ⬇ Download citation    🔗 Copy link    ⌄

ⓘ To read the full-text of this research, you can request a copy directly from the authors.

Citations (15)    References (35)    Figures (6)

### Abstract and Figures

Previous studies showed that the leukotrienes pathway is increased in human tauopathy and that its manipulation may modulate the onset and development of the pathological phenotype of tau transgenic mice. However, whether interfering with leukotrienes biosynthesis is beneficial after the behavioral deficits and the neuropathology have fully developed in these mice is not known. To test this hypothesis, aged tau transgenic mice were randomized to receive zileuton, a specific leukotriene biosynthesis inhibitor, or vehicle starting at 12 months of age for 16 weeks and then assessed in their functional and pathological phenotype. Compared with baseline, we observed that untreated tau mice had a worsening of their memory and spatial learning. By contrast, tau mice treated with zileuton had a reversal of these deficits and behaved in an undistinguishable manner from wild-type mice. Leukotriene-inhibited tau mice had an amelioration of synaptic integrity, lower levels of neuroinflammation, and a significant reduction in tau phosphorylation and pathology, which was secondary to an involvement of the cdk5 kinase pathway. Taken together, our findings represent the first demonstration that the leukotriene biosynthesis is functionally involved at the later stages of the tau pathological phenotype and represents an ideal target with viable therapeutic potential for treating human tauopathies.

Chronic administration …    Chronic administration …    Leukotrienes biosynthesis…    Leukotriene reduction…    +1

Anti-leukotriene therapy…

Figures - available from: Molecular Neurobiology

This content is subject to copyright. Terms and conditions apply.

📄 Publisher Preview ①

A preview of this full-text is provided by Springer Nature. · Learn more
Preview content only

Content available from Molecular Neurobiology
This content is subject to copyright. Terms and conditions apply.

Molecular Neurobiology (2019) 56:1211–1220
https://doi.org/10.1007/s12035-018-1124-7

Case ID: 240101083

11/28/23, 5:57 PM    Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosy…

Case 2:24-cv-02312-WB  Document 1  Filed 05/23/24  Page 64 of 86

# Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway

Phillip F. Giannopoulos[1] · Jian Chiu[1] · Domenico Praticò[1]

Received: 3 April 2018 /Accepted: 11 May 2018 /Published online: 7 June 2018
© Springer Science+Business Media, LLC, part of Springer Nature 2018

## Abstract

Previous studies showed that the leukotrienes pathway is increased in human tauopathy and that its manipulation may modulate the onset and development of the pathological phenotype of tau transgenic mice. However, whether interfering with leukotriene biosynthesis is beneficial after the behavioral deficits and the neuropathology have fully developed in these mice is not known. To test this hypothesis, aged tau transgenic mice were randomized to receive zileuton, a specific leukotriene biosynthesis inhibitor, or vehicle starting at 12 months of age for 16 weeks and then assessed in their functional and pathological phenotype. Compared with baseline, we observed that untreated tau mice had a worsening of their memory and spatial learning. By contrast, tau mice treated with zileuton had a reversal of these deficits and behaved in an undistinguishable manner from wild-type mice. Leukotriene-inhibited tau mice had an amelioration of synaptic integrity, lower levels of neuroinflammation, and a significant reduction in tau phosphorylation and pathology, which was secondary to an involvement of the cdk5 kinase pathway. Taken together, our findings represent the first demonstration that the leukotriene biosynthesis is functionally involved at the later stages of the tau pathological phenotype and represents an ideal target with viable therapeutic potential for treating human tauopathies.

**Keywords** Tauopathy · cdk5 kinase pathway · Five-lipoxygenase · Leukotrienes · Neuroinflammation · Behavior

## Introduction

Neurodegenerative diseases represent a large and heterogeneous group of chronic disorders both sporadic and familial, often characterized by the progressive accumulation of signature protein aggregates, which in most cases provide the basis for their neuropathological classification [1]. To this end, the term "tauopathies" is typically used to define some of these diseases whose main feature is the presence of filamentous accumulations of highly phosphorylated tau protein only in neurons or neurons and glial cells [2, 3]. They comprise several different clinical and pathological entities and have been sub-classified into primary and secondary, depending on whether tau neuropathology is considered the major contributing factor to the pathogenesis or simply associated with it [4].

✉ Domenico Praticò
praticod@temple.edu

1   Alzheimer's Center at Temple, Lewis Katz School of Medicine, Scott Richards North Star Foundation Chair, Alzheimer's Research, Temple University, 947, Medical Education and Research Building, 3500 North Broad Street, Philadelphia, PA 19140, USA

While pathological post-translational modifications of tau have unequivocally been shown to be able to cause neurodegeneration, the precise molecular and cellular mechanism whereby this protein is involved in the pathogenesis of these diseases are still poorly understood. Interestingly, besides the accumulation of highly phosphorylated tau, its filaments, and ultimately the neurofibrillar tangles, consistent evidence has demonstrated that both human tauopathies as well as their animal models are also characterized by intense humoral and cellular neuroinflammatory responses [5, 6].

We recently showed that post-mortem brain tissues from subjects with a clinical and pathological diagnosis of progressive supranuclear palsy, one of the most common form of tauopathy, have a significant up-regulation of the 5-lipoxygenase (5LO), an enzyme whose metabolic products, the leukotrienes, are potent pro-inflammatory lipid mediators [7, 8]. Further, in relevant mouse models of tauopathy genetic absence or early pharmacological blockade of 5LO activation resulted in significant improvement of behavioral deficits and delay in the development of tau phosphorylation and pathology [7, 9, 10]. However, all these studies are to be considered as preventative in nature since all of them have used mice at an early stage of their phenotype

Content courtesy of Springer Nature, terms of use apply. Rights reserved.

Citations (15)    References (35)

Case ID: 240101083

... Cdk5 is also associated with early inflammation of AD (Wilkaniec et al., 2018). Leukotriene, an inflammatory factor, may accelerate tau pathological accumulation through the Cdk5 pathway (Giannopoulos et al., 2019). Tau affects the function of subcellular organelles, such as mitochondria and The role of Cdk5 in neurological disorders and the underlying molecular mechanisms. ...

**The role of Cdk5 in neurological disorders**

Article    Full-text available

Jul 2022

Chuncao Ao · Chenchen Li · Jinlun Chen · Liuwang Zeng

View    Show abstract

---

... More edges in Bayesian Network are at S2 Further investigation is needed for the mixed effects of inflammation, such as considering the confounding effect of inflammation itself and/or medications related to inflammation. For example, Zileuton, a leukotriene biosynthesis inhibitor that is widely used for chronic inflammation (asthma), has shown a significantly reduced level of neuroinflammation and in tau phosphorylation in the tau transgenic mice  [65] . ...

**Counterfactual analysis of differential comorbidity risk factors in Alzheimer's disease and related dementias**

Article    Full-text available

Mar 2022

Yejin Kim · Kai Zhang · Sean I Savitz · Xiaoqian Jiang

View    Show abstract

---

... Secondly, we analyzed pharmacokinetics of MTK in a transgenic mouse model of AD, because recently it was shown that pharmacological inhibition of leukotriene signaling had beneficial effects in several mouse models of AD [30][31][32] [33] [34] . The leukotriene receptor antagonist MTK has been proposed as an interesting candidate for drug repurposing in AD patients [13][14][15], due to its potential to modulate neuroinflammation and improve memory in animal models of stroke [35], epilepsy [36,37] and Lewy body dementia [38]. ...

**Improved Bioavailability of Montelukast through a Novel Oral Mucoadhesive Film in Humans and Mice**

Article    Full-text available

Dec 2020

Johanna Michael · Diana M. Bessa de Sousa · Justin Conway · Ludwig Aigner

View    Show abstract

---

... Consistent with previous studies, our results showed that AMI inhibits the expression of the tau upstream kinase GSK-3β. In addition, tau protein kinase II (TPKII) formed by a complex containing two subunits of Cyclin-dependent Kinase 5 (CDK5) and p35 can synergistically increase the efficiency of GSK-3β phosphorylation of tau protein (Xiao et al., 2018; Giannopoulos et al., 2019) . Therefore, we need to investigate the expression of tau protein kinase II (TPKII) in the next experiment. ...

**AMᵢ, an Indazole Derivative, Improves Parkinson's Disease by Inhibiting Tau Phosphorylation**

Article    Full-text available

Nov 2020

Zhang Mao · Zhu Wen-ting · Wang Hai-tao · Wang Wen-ya

View    Show abstract

---

... RIPA extracts from human and mouse brain homogenates were used for western blot analyses as previously described [16, 23] . In brief, samples were electrophoresed on 10% Bis-Tris gels or 3-8% Tris-acetate gel (Bio-Rad, Richmond, CA), transferred onto nitrocellulose membranes (Bio-Rad), and then incubated overnight at 4°C with the appropriate primary antibodies; anti-VPS35 [dilution: After three washings with T-TBS (pH 7.4), membranes were incubated with IRDye 800CW-labeled secondary antibodies (LI-COR Bioscience, Lincoln, NE) at room temperature for 1 h. ...

**VPS35 regulates tau phosphorylation and neuropathology in tauopathy**

Article    Full-text available

Jul 2019

Alana N. Vagnozzi · Jian-Guo Li · Jin Chiu · Domenico Praticò

Case ID: 240101083

Case 2:24-cv-02812-WB Document 1 Filed 05/23/24 Page 66 of 86

**Leukotriene A4 hydrolase inhibition improves age-related cognitive decline via modulation of synaptic function**

Article

Nov 2023

Julia M. Adams · Sanket Rege · Angela T. Liu · Meghan Kerrisk Campbell

View    Show abstract

---

**Microglia in neurodegenerative diseases: mechanism and potential therapeutic targets**

Article   Full-text available

Sep 2023

Chao Gao · Jingwen Jiang · Yuyan Tan · Shengdi Chen

View    Show abstract

---

**Lipids and brain inflammation in APOE4-associated dementia**

Article

Dec 2021

Marlon Vincent Venancio Duro · Brandon Ebright · Hussein N Yassine

View    Show abstract

---

**5-Lipoxygenase as an emerging target against age-related brain disorders**

Article

May 2021 · AGEING RES REV

Mengdie Yan · Siran Zhang · Chengtan Li · Lihui Zhang

View    Show abstract

---

**Leukotrienes in Tumor-Associated Inflammation**

Article   Full-text available

Aug 2020

Wen Tian · Xinguo Jiang · Dongeon Kim · Stanley G Rockson

View    Show abstract

---

Show more

Case ID: 240101083

Recommended publications    Discover more about: Leukotrienes

Article  Full-text available

**Inhibition of caspase-1 ameliorates tauopathy and rescues cognitive impairment in SAMP8 mice**

April 2022 · Metabolic Brain Disease

Meng-Shan Tan · Yi Liu · Hao Hu · [...] · Lan Tan

The inflammasome assembles leading to increased cleavage and activity of caspase-1 and downstream IL-1β release, which plays a significant role in the pathogenesis of Alzheimer's disease (AD). Previous studies have shown that caspase-1-mediated neuroinflammation occurs early in AD process. However, the detailed role of caspase-1 in aging-related AD-like neuropathology is still unclear so far. In ... [Show full abstract]

View full-text

Article  Full-text available

**Antileukotriene therapy by reducing tau phosphorylation improves synaptic integrity and cognition of...**

March 2018 · Aging Cell

Phillip Fotios Giannopoulos · Jian Chiu · Domenico Praticò

The 5-lipoxygenase (5LO) is a source of inflammatory leukotrienes and is upregulated in Alzheimer's disease and related tauopathies. However, whether it directly modulates tau phosphorylation and the development of its typical neuropathology in the absence of Aβ or is a secondary event during the course of the disease pathogenesis remains to be fully elucidated. The goal of this study was to ... [Show full abstract]

View full-text

Article  Full-text available

**Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy**

November 2017 · Molecular Neurobiology

Phillip Fotios Giannopoulos · Domenico Praticò

Brain accumulation of increasing amount of phosphorylated microtubule associated tau protein is one the major hallmark lesions of Alzheimer's disease (AD) and related tauopathies. Consistent evidence from clinical and animal studies has shown that neuroinflammation characterizes these diseases. The 5-lipoxygenase (5LO) is an enzyme protein whose metabolic products are lipids with potent ... [Show full abstract]

View full-text

Article  Full-text available

**The direct role of 5-lipoxygenase on tau pathology, synaptic integrity and cognition in a mouse mode...**

December 2017 · Translational Psychiatry

Alana N. Vagnozzi · Phillip Fotios Giannopoulos · Domenico Praticò

Neurodegenerative tauopathies are characterized by pathological accumulation of highly phosphorylated isoforms of tau protein, which leads to progressive neuronal loss. Neuroinflammation often accompanies tau-driven diseases; however, the direct role of neuroinflammation in tauopathies remains unknown. The 5-lipoxygenase (5LO) is a pro-inflammatory enzyme, which produces several bioactive ... [Show full abstract]

View full-text

Article  Full-text available

**Retraction Note to: Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauop...**

February 2023 · Molecular Neurobiology

Case ID: 240101083

11/28/23, 5:57 PM
Learning Impairments, Memory Deficits and Neuropathology in Aged Tau Transgenic Mice are Dependent on Leukotrienes Biosy…

Case 2:24-cv-02312-WB Document 1 Filed 05/23/24 Page 68 of 86

Phillip Fotios Giannopoulos · Domenico Praticò

View full-text

Last Updated: 12 Jun 2023




**Company**

About us

News

Careers

**Support**

Help Center

**Business solutions**

Advertising

Recruiting

© 2008-2023 ResearchGate GmbH. All rights reserved.

Terms · Privacy · Copyright · Imprint

Case ID: 240101083

# EXHIBIT "D"

Case ID: 240101083


An official website of the United States government
Here's how you know

21 results

Page 1 of 3

1  The 12/15-lipoxygenase as an emerging therapeutic target for Alzheimer's disease.
Joshi YB, **Giannopoulos PF**, Praticò D.
Trends Pharmacol Sci. 2015 Mar;36(3):181-186. doi: 10.1016/j.tips.2015.01.005. Epub 2015 Feb 20.
PMID: 25708815  Free PMC article. Review.

2  Retraction Note to: Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy.
**Giannopoulos PF**, Praticò D.
Mol Neurobiol. 2023 May;60(5):2970-2971. doi: 10.1007/s12035-023-03283-1.
PMID: 36823264 No abstract available.

3  Novel lipid signaling pathways in Alzheimer's disease pathogenesis.
**Giannopoulos PF**, Joshi YB, Praticò D.
Biochem Pharmacol. 2014 Apr 15;88(4):560-4. doi: 10.1016/j.bcp.2013.11.005. Epub 2013 Nov 21.
PMID: 24269629  Free PMC article. Review.

4  Retraction Note to: Gene knockout of 5-lipoxygenase rescues synaptic dysfunction and improves memory in the triple-transgenic model of Alzheimer's disease.
**Giannopoulos PF**, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.
Mol Psychiatry. 2023 Feb;28(2):964. doi: 10.1038/s41380-022-01813-2.
PMID: 36198769  Free PMC article. No abstract available.

5  Overexpression of 5-Lipoxygenase Worsens the Phenotype of a Mouse Model of Tauopathy.
**Giannopoulos PF**, Praticò D.
Mol Neurobiol. 2018 Jul;55(7):5926-5936. doi: 10.1007/s12035-017-0817-7. Epub 2017 Nov 11.
PMID: 29128902 Retracted.

6  Antileukotriene therapy by reducing tau phosphorylation improves synaptic integrity and cognition of P301S transgenic mice.
**Giannopoulos PF**, Chiu J, Praticò D.
Aging Cell. 2018 Jun;17(3):e12759. doi: 10.1111/acel.12759. Epub 2018 Apr 1.
PMID: 29607621  Free PMC article.

7  Brain 5-lipoxygenase over-expression worsens memory, synaptic integrity, and tau pathology in the P301S mice.
Vagnozzi AN, **Giannopoulos PF**, Praticò D.
Aging Cell. 2018 Feb;17(1):e12695. doi: 10.1111/acel.12695. Epub 2017 Nov 4.
PMID: 29106033  Free PMC article.

8  The 12-15-lipoxygenase is a modulator of Alzheimer's-related tau pathology in vivo.
**Giannopoulos PF**, Joshi YB, Chu J, Praticò D.
Aging Cell. 2013 Dec;12(6):1082-90. doi: 10.1111/acel.12136. Epub 2013 Aug 19.
PMID: 23862663  Free PMC article.

9  Gamma secretase-activating protein is a substrate for caspase-3: implications for Alzheimer's disease.
Chu J, Li JG, Joshi YB, **Giannopoulos PF**, Hoffman NE, Madesh M, Praticò D.
Biol Psychiatry. 2015 Apr 15;77(8):720-8. doi: 10.1016/j.biopsych.2014.06.003. Epub 2014 Jun 16.
PMID: 25052851  Free PMC article.

10  Modulation of lipopolysaccharide-induced memory insult, γ-secretase, and neuroinflammation in triple transgenic mice by 5-lipoxygenase.
Joshi YB, **Giannopoulos PF**, Chu J, Praticò D.
Neurobiol Aging. 2014 May;35(5):1024-31. doi: 10.1016/j.neurobiolaging.2013.11.016. Epub 2013 Nov 22.

Case ID: 240101083

PMID: 24332986 Free PMC article.

11  Learning Impairments, Memory Deficits, and Neuropathology in Aged Tau Transgenic Mice Are Dependent on Leukotrienes Biosynthesis: Role of the cdk5 Kinase Pathway.

**Giannopoulos PF**, Chiu J, Praticò D.

Mol Neurobiol. 2019 Feb;56(2):1211-1220. doi: 10.1007/s12035-018-1124-7. Epub 2018 Jun 7.

PMID: 29881943

12  Adeno-associated virus-mediated brain delivery of 5-lipoxygenase modulates the AD-like phenotype of APP mice.

Chu J, **Giannopoulos PF**, Ceballos-Diaz C, Golde TE, Pratico D.

Mol Neurodegener. 2012 Jan 5;7(1):1. doi: 10.1186/1750-1326-7-1.

PMID: 22222029 Free PMC article.

13  Pharmacologic blockade of 12/15-lipoxygenase ameliorates memory deficits, Aβ and tau neuropathology in the triple-transgenic mice.

Chu J, Li JG, **Giannopoulos PF**, Blass BE, Childers W, Abou-Gharbia M, Praticò D.

Mol Psychiatry. 2015 Nov;20(11):1329-38. doi: 10.1038/mp.2014.170. Epub 2015 Jan 6.

PMID: 25560760

14  The direct role of 5-lipoxygenase on tau pathology, synaptic integrity and cognition in a mouse model of tauopathy.

Vagnozzi AN, **Giannopoulos PF**, Praticò D.

Transl Psychiatry. 2017 Dec 18;7(12):1288. doi: 10.1038/s41398-017-0017-2.

PMID: 29249809 Free PMC article.

15  Gene knockout of 5-lipoxygenase rescues synaptic dysfunction and improves memory in the triple-transgenic model of Alzheimer's disease.

**Giannopoulos PF**, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.

Mol Psychiatry. 2014 Apr;19(4):511-8. doi: 10.1038/mp.2013.23. Epub 2013 Mar 12.

PMID: 23478745 Free PMC article. Retracted.

16  Pharmacologic inhibition of 5-lipoxygenase improves memory, rescues synaptic dysfunction, and ameliorates tau pathology in a transgenic model of tauopathy.

**Giannopoulos PF**, Chu J, Sperow M, Li JG, Yu WH, Kirby LG, Abood M, Praticò D.

Biol Psychiatry. 2015 Nov 15;78(10):693-701. doi: 10.1016/j.biopsych.2015.01.015. Epub 2015 Feb 7.

PMID: 25802082 Free PMC article.

17  5-Lipoxygenase gene transfer worsens memory, amyloid, and tau brain pathologies in a mouse model of Alzheimer disease.

Chu J, **Giannopoulos PF**, Ceballos-Diaz C, Golde TE, Praticò D.

Ann Neurol. 2012 Sep;72(3):442-54. doi: 10.1002/ana.23642.

PMID: 23034916 Free PMC article.

18  5-lipoxygenase activating protein reduction ameliorates cognitive deficit, synaptic dysfunction, and neuropathology in a mouse model of Alzheimer's disease.

**Giannopoulos PF**, Chu J, Joshi YB, Sperow M, Li JG, Kirby LG, Praticò D.

Biol Psychiatry. 2013 Sep 1;74(5):348-56. doi: 10.1016/j.biopsych.2013.04.009. Epub 2013 May 15.

PMID: 23683389 Free PMC article.

19  Absence of ALOX5 gene prevents stress-induced memory deficits, synaptic dysfunction and tauopathy in a mouse model of Alzheimer's disease.

Joshi YB, **Giannopoulos PF**, Chu J, Sperow M, Kirby LG, Abood ME, Praticò D.

Hum Mol Genet. 2014 Dec 20;23(25):6894-902. doi: 10.1093/hmg/ddu412. Epub 2014 Aug 13.

PMID: 25122659 Free PMC article.

20   Effects of acute microinjections of thyroid hormone to the preoptic region of euthyroid adult male rats on sleep and motor activity.

Martin JV, **Giannopoulos PF**, Moffett SX, James TD.

Brain Res. 2013 Jun 21;1516:45–54. doi: 10.1016/j.brainres.2013.01.032. Epub 2013 Jan 21.

PMID: 23348377


**FOLLOW NCBI**

Connect with NLM

National Library of Medicine
8600 Rockville Pike
Bethesda, MD 20894

Web Policies
FOIA
HHS Vulnerability Disclosure

Help
Accessibility
Careers

NLM   NIH   HHS   USA.gov

Case ID: 240101083

## <u>VERIFICATION</u>

I, Domenico Praticò, hereby state that I am the Plaintiff in this matter, that the facts set forth in the foregoing Amended Complaint are true and correct to the best of my knowledge, information, and belief, and that this verification is being made subject to 18 PA. C.S. § 4904, relating to unsworn falsification to authorities.


Date:   February 5, 2024                                     By:   _____
_____

Case ID: 240101083

# EXHIBIT "C"

RECEIVED

APR 18 2024

ROOM 521

**FILED**

17 APR 2024 01:50 pm

**Civil Administration**

R. JENNINGS

| | |
|---|---|
| DOMENICO PRATICO<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP GIANNOPOULOS<br>　　　　　　　Defendant. | IN THE COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY,<br>PENNSYLVANIA<br><br><br>NO. 240101083<br><br>JURY TRIAL DEMANDED |

## ORDER

And NOW, this _____ day of _____, 2024, upon consideration of Plaintiff's

Motion for Alternate Service, it is hereby ORDERED that the Motion is GRANTED. Plaintiff is

not required to continue efforts to serve Defendant personally and may serve Defendant by

publication.

**DOCKETED**

APR 18 2024

R. POSTELL
COMMERCE PROGRAM

BY THE COURT:

_____

, J

240101083-Pratico Vs Giannopoulos

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
24010108300018

Case ID: 240101083
Control No.: 24043874

COPIES SENT PURSUANT TO Pa.R.C.P. 236(b) E. HAURIN 04/18/2024

# EXHIBIT "D"

**WISLER PEARLSTINE LLP**
By:    Christopher E. Ezold (77369)
Deborah R. Stambaugh (325032)
460 Norristown Rd., Suite 110
Blue Bell, PA  19422
(610) 825-8400
cezold@wispearl.com
dstambaugh@wispearl.com



*Counsel for Plaintiff, Domenico*
*Pratico*

| | |
|---|---|
| **DOMENICO PRATICO**<br><br><div align="right">**Plaintiff,**</div><br>**v.**<br><br>**PHILLIP GIANNOPOULOS**<br><div align="right">**Defendant.**</div> | **PHILADELPHIA COUNTY, PENNSYLVANIA COURT OF COMMON PLEAS**<br><br>**NO.** 240101083<br><br>**PROOF OF SERVICE** |

### AFFIDAVIT OF DEBORAH R. STAMBAUGH IN SUPPORT OF PLAINTIFF'S PROOF OF SERVICE OF PUBLIC NOTICE

The undersigned hereby certifies that a true and correct copy of the Plaintiff's Notice to

Phillip Giannopoulous was served via Publication upon the Defendant in the Legal Intelligencer

on April 25th, 2024.

_____
Deborah R. Stambaugh, Esq.
Dated: 4/29/2024 _____

**STATE OF PENNSYLVANIA       )**
                             **)**
**COUNTY OF MONTGOMERY   )**

Sworn and subscribed before me this

29th day of April, 2024.

_____

My Commission Expires: _10/18/24_
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Arlene F. Lepore, Notary Public
Montgomery County
My commission expires October 18, 2024
Commission number 1094766
Member, Pennsylvania Association of Notaries

1

4869-4430-5850, v. 1

**Philadelphia Court of Common Pleas, No. 240101083**

| | |
|---|---|
| CATEGORY | Complaints PA |
| AD NUMBER | 0000704312-01 |

DOMENICO PRATICO v. PHILLIP GIANNOPOULOS
**NOTICE to Phillip Giannopoulos**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claimor relief requested by the plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. **Philadelphia Bar Association Lawyer Referral and Information Service 1101 Market St., 11th Floor, Philadelphia, Pennsylvania 19107 (215) 238-6333. If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Deborah R. Stambaugh, Esq. 460 Norristown Rd., Suite 110 Blue Bell, PA 19422 (610) 825-8400 4-25-1\***

4869-4430-5850, v. 1

Case ID: 240101083

# The Philadelphia Inquirer

100 S. INDEPENDENCE MALL W, STE 600, PHILADELPHIA, PA 19106



*Filed and Attested by the Office of Judicial Records 29 APR 2024 03:51 pm*

## Affidavit of Publication

On Behalf of:
WISLER,PEARLSTINE,TALONE
460 NORRISTOWN RD
SUITE 110
BLUE BELL, PA 19422

STATE OF PENNSYLVANIA COUNTY OF PHILADELPHIA:

Before the undersigned authority personally appeared the undersigned who, on oath represented  a and say: that I am an employee of The Philadelphia Inquirer, LLC, and am authorized to make this affidavit of publication, and being duly sworn, I depose and say:

1. The Philadelphia Inquirer, LLC is the publisher of the Philadelphia Daily News, with its headquarters at 100 S. Independence Mall West, Suite 600, Philadelphia, PA 19106.
2. The Philadelphia Daily News is an edition of The Philadelphia Inquirer. The Philadelphia Daily News is continuously published and distributed Sunday-Friday in the City of Philadelphia, count and state aforesaid.
3. The printed notice or publication attached hereto set forth on attached
hereto was published in all regular print editions of  the Philadelphia Daily News on

**Legal Notices**

as published in **Daily News Legals** in the issue(s) of:

<u>04/25/2024</u>

4.  Under oath, I state that the following is true and correct, and that neither I nor The Philadelphia Inquirer, LLC have any is interest in the subject matter of the aforesaid notice or advertisement.

*Helene Sweeney*

*Nancy S. Fisher*
*Notary Public*

My Commission Expires:

Commonwealth of Pennsylvania - Notary Seal
Nancy S Fisher, Notary Public
Philadelphia County
My Commission Expires June 27, 2027
Commission Number 1433937

Ad No: 162201
Customer No: 101388

COPY OF ADVERTISEMENT

**Philadelphia Court of Common Pleas**
**No. 240101083**
DOMENICO PRATICO v. PHILLIP GIANNOPOULOS
**NOTICE to Phillip Giannopoulos**
You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. Philadelphia Bar Association Lawyer Referral and Information Service 1101 Market St., 11th Floor Philadelphia, Pennsylvania 19107 (215) 238-6333. If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Deborah R. Stambaugh, Esq. 460 Norristown Rd., Suite 110 Blue Bell, PA 19422 (610) 825-8400

# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA,      ss.:
COUNTY OF PHILADELPHIA

**JENNIFER M. MCCULLOUGH**

_____, being duly sworn, deposes and says that The Legal Intelligencer is the designated legal journal for Philadelphia County published at One Penn Center at Suburban Station, 1617 John F. Kennedy Blvd., Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal journal has been regularly issued in said county, and that it has been issued daily since September 4, 1933, and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal journal on the following dates, viz.:

**APRIL 25** , A.D. **2024**

Affiant further deposes and says that she is an employee of the publisher of said legal journal and has been authorized to verify the foregoing statement and that she is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

Sworn to and subscribed before me this **25th** day of
**APRIL** , **2024**

_Anetra Smith_
Notary Public

Philadelphia, Philadelphia County

**Copy of Notice or Publication**

Philadelphia Court of Common Pleas, No. 240101083
**DOMENICO PRATICO v. PHILLIP GIANNOPOULOS**
**NOTICE to Phillip Giannopoulos**
You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claimor relief requested by the plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help. **Philadelphia Bar Association Lawyer Referral and Information Service 1101 Market St., 11th Floor, Philadelphia, Pennsylvania 19107 (215) 238-6333.** If you cannot afford to hire a lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Deborah R. Stambaugh, Esq. 460 Norristown Rd., Suite 110 Blue Bell, PA 19422 (610) 825-8400
4-25-1*

Commonwealth of Pennsylvania - Notary Seal
Anetra Smith, Notary Public
Philadelphia County
My Commission Expires November 13, 2027
Commission Number 1294631

OFFICE:
One Penn Center at Suburban Station
Suite 1665
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

Case ID: 240101083

Filed and Attested by the Office of Judicial Records 30 APR 2024 10:41 am S. GILLIAM

# EXHIBIT "E"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DOMENICO PRATICO          :

      Plaintiff,          :

      v.             :

PHILLIP GIANNOPOULOS    :NO.:  24-cv-_____(____)

      Defendant.       :

## <u>DECLARATION OF DEFENDANT, PHILLIP GIANNOPOULOS</u>

Defendant, Phillip Giannopoulos respectfully declares as follows:

1. I make and submit this declaration in Support of my Notice of Motion for Removal.

2. This information is based upon my personal knowledge, the information available to me concerning this matter.

3. I am currently a citizen and resident of the State of New Jersey and I was a citizen and resident of the State of New Jersey when the Complaint was filed on January 9, 2024.

4. While I was attending Temple University pursuing my doctorate, I resided at my parent's home at 1241 St. Vincent Street, Philadelphia, PA.

5. My parents' do not own the home, they rent the property.  The property is owned by George Betz and is currently my parent's landlord.

6. I married my spouse, Kerrie Pokusa on May 30, 2021.

7. The company I was working for in Conshohocken, Pennsylvania ceased to exist on December 31, 2022.

8. I began working for Vaniam Group which is fully remote so I work from Marlton.

9. In or around January, 2023, I moved to 34 Cranberry Court, Marlton, New Jersey 08053, and moved in, permanently with my wife.

10. My wife and I have a seven (7) month old daughter who resides with us in Marlton, New Jersey.

11. My wife owns the property located at 34 Cranberry Court, Marlton, New Jersey 08053.

12. I am not currently registered to vote.

13. Since January, 2023, I have consistently remained in Marlton, New Jersey.

14. My personal property is located in Marlton, New Jersey.

15. I am physically present in the State of New Jersey, not in the Commonwealth of Pennsylvania.

16. I have an account at PNC Bank and utilize the bank in Marlton, New Jersey.

17. My wife and I have attended church services at St. Thomas Church in Cherry Hill, New Jersey.

18. I do not have any intention of returning to Pennsylvania and intend to currently remain in the State of New Jersey and have made New Jersey my home.

19. I declare upon penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2024

*Phillip Giannopoulos*

PHILLIP GIANNOPOULOS

# EXHIBIT "F"

**IN THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT – CIVIL TRIAL DVISION**

DOMENICO PRATICO                              :

      Plaintiff,                                    :

      v.                                            :JANUARY TERM, 2024

PHILLIP GIANNOPOULOS                          :NO.:  01083

      Defendant.                                    :

<u>**NOTICE OF REMOVAL TO FEDERAL COURT TO THE**
**OFFICE OF JUDICIAL RECORDS:**</u>

**TO THE OFFICE OF JUDICIAL RECORDS:**

      Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446(b), Defendant, Phillip Giannopoulos by his attorney, Jonathan J. Sobel, Esquire hereby notifies the Prothonotary of this Court that the above-captioned matter was removed to the United States District Court for the Eastern District of Pennsylvania. A true and correct copy of the filed Notice of Removal is attached hereto and identified as Exhibit 1.

                    **LAW OFFICES OF JONATHAN J. SOBEL**


                    BY:<u>/s/ Jonathan J. Sobel</u>
                     /s/JONATHAN J. SOBEL, ESQUIRE
                     1500 Walnut Street, Suite 2000
                     Philadelphia, PA  19103
                     (215) 735-7535
                     (215) 735-7539

                     *Attorney for Defendant*

Date:  May 23, 2024