# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMENICO PRATICO,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PHILLIP GIANNOPOULOS,**<br>　　　　　**Defendant.** | **NO. 24-2212** |

## O R D E R

**AND NOW**, this 21st day of August, 2024, upon consideration of Defendant Phillip Giannopoulos's Motion to Dismiss (ECF No. 22), and Plaintiff Domenico Praticò's Brief in Opposition (ECF No. 23), it is **HEREBY ORDERED** that the Motion is **GRANTED WITH PREJUDICE** with respect to Praticò's fraud claim and **WITHOUT PREJUDICE** with respect to Praticò's defamation claim.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**