# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOMENICO PRATICO,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **PHILLIP GIANNOPOULOS,**<br>　　　　　**Defendant.** | **NO.  24-2212** |

## O R D E R

**AND NOW**, this 22nd day of August, 2024, it is **HEREBY ORDERED** that the Court's Opinion granting Defendant Phillip Giannopoulos's Motion to Dismiss (ECF No. 24) is **AMENDED** and **REPLACED**.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/s/Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**